Zachary M. Smith, State Bar No. 78241
W. Scott Cameron, State Bar No. 229828
**WEINTRAUB TOBIN** CHEDIAK COLEMAN GRODIN
LAW CORPORATION
400 Capitol Mall, 11th Floor
Sacramento, California 95814
Telephone:   916.558.6000
Facsimile:   916.446.1611
Email: ZSmith@weintraub.com
       SCameron@weintraub.com

Attorneys for Plaintiffs
PMM Holdings, LLC and Precision
Machine & Manufacturing

UNITED STATES DISTRICT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PMM HOLDINGS, LLC and PRECISION MACHINE & MANUFACTURING,<br><br>Plaintiffs,<br><br>v.<br><br>WILLIAM W. MEYER AND SONS, INC. and DHG, INC.,<br><br>Defendants. | Case No.<br><br>**PLAINTIFFS' CORPORATE DISCLOSURE STATEMENT [FRCP, RULE 7.1]** |

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff PMM, Holdings, LLC ("PMM Holdings"), states that it does not have a parent company, and no publicly traded corporation owns 10% or more of its stock. PMM Holdings owns 100% of the shares of Precision Machine & Manufacturing, and as a limited liability company, PMM Holdings is not publicly traded.

Dated: July 17, 2025                **Weintraub Tobin** Chediak Coleman Grodin
                                     LAW CORPORATION


                                     By:  /s/ Zachary M. Smith
                                              Zachary M. Smith

                                     Attorneys for Plaintiffs PMM Holdings, LLC and
                                     Precision Machine & Manufacturing