

United States District Court
Eastern District of California

| PMM HOLDINGS, LLC, | Case Number: 2:25-CV-02005-CSK |
|---|---|
| Plaintiff(s) | |
| V. | |
| WILLIAM W. MEYER AND SONS, INC., ET A | APPLICATION FOR PRO HAC VICE AND PROPOSED ORDER |
| Defendant(s) | |

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Sarah K. Dunkley hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties: William W. Meyers and Sons, Inc.

On 11/19/2018 (date), I was admitted to practice and presently in good standing in the U.S. Dist. Court for the Northern Dist. of IL (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 09/09/2025          Signature of Applicant: /s/ Sarah K. Dunkley

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | Sarah K. Dunkley |
| Law Firm Name: | Golan Christie Taglia LLP |
| Address: | 70 W. Madison St., Ste. 1500 |
| City: | Chicago     State: IL     Zip: 60602 |
| Phone Number w/Area Code: | (312) 263-2300 |
| City and State of Residence: | Chicago, IL |
| Primary E-mail Address: | skdunkley@gct.law |
| Secondary E-mail Address: | stasciotti@gct.law |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Jamie L. Johnson |
| Law Firm Name: | Korshak, Kracoff, King & Sugano, L.L.P. |
| Address: | 25th & J Street |
| City: | Sacramento     State: CA     Zip: 95816 |
| Phone Number w/Area Code: | (916) 441-6255     Bar #: 130698 |

## **ORDER**

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: 9/19/2025

_[signature]_
Magistrate Judge, U.S. District Court

# CERTIFICATE OF GOOD STANDING



*United States of America*

}ss. Sarah Kathleen Dunkley

*Northern District of Illinois*

I, Thomas G. Bruton , Clerk of the United States District Court for the Northern District of Illinois,

DO HEREBY CERTIFY That Sarah Kathleen Dunkley was duly admitted to practice in said Court on (11/19/2018) and is in good standing as a member of the bar of said court.

Dated at Chicago, Illinois
on (09/09/2025 )

Thomas G. Bruton , Clerk,

By: Jarred Scales
Deputy Clerk

A TRUE COPY-ATTEST
THOMAS G. BRUTON, CLERK
-
By: s/ JARRED SCALES
DEPUTY CLERK
U.S. DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS
September 9, 2025