UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| PMM HOLDINGS, LLC, and PRECISION MACHING & MANUFACTURING<br><br>Plaintiffs,<br><br>v.<br><br>WILLIAM W. MEYER AND SONS, INC. and DHG, INC.,<br><br>Defendants. | Case No. 2:25-cv-02005-CSK<br><br>~~PROPOSED~~ ORDER TO UNOPPOSED MOTION FOR BRIEF EXTENSION OF TIME TO RESPOND TO COMPLAINT<br><br>Complaint Filed: July 17, 2025<br><br>Trial Date: None Set<br>Magistrate Judge: Hon. Chi Soo Kim |
|---|---|

The Court has read and considered the Unopposed Motion for Brief Extension of Time to Respond to Complaint of Defendant, William W. Meyer and Sons, Inc. ("WWM").

**O R D E R**

GOOD CAUSE APPEARING, Defendant William W. Meyer and Sons, Inc.'s ("WWM") unopposed motion for extension of time to respond to the Complaint (ECF No. 10) is GRANTED. The time for Defendant WWM to answer the Complaint shall be extended fourteen (14) days from September 25, 2025 to October 9, 2025.

Dated: September 23, 2025

_/s/ Chi Soo Kim_
CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

5, pmm.2005.25

~~PROPOSED~~ ORDER TO UNOPPOSED MOTION FOR BRIEF EXTENSION OF TIME TO RESPOND TO COMPLAINT