

United States District Court
Eastern District of California

| | | |
|---|---|---|
| PMM HOLDINGS, LLC and PRECISION MACHINE & MANUFACTURING,<br> Plaintiff(s) | Case Number: | 2:25-cv-02005-CSK |
| V. | | |
| WILLIAM W. MEYER AND SONS, INC. and DHG, INC.,<br> Defendant(s) | APPLICATION FOR PRO HAC VICE AND PROPOSED ORDER | |

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Michael A. Xavier hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

DHG, Inc.

On the below dates as indicated (date), I was admitted to practice and presently in good standing in the

State of Colorado Date of Admission: 12/2/2021
State of Ohio Date of Admission: 11/13/2017
USDC Southern District of Ohio Date of Admission: 1/27/2021
USDC Colorado Date of Admission: 9/17/2021
6th Circuit Court of Appeals Date of Admission: 5/16/2022

(court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☒ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 9/24/2025          Signature of Applicant: *Michael A. Xavier*

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | Michael A. Xavier |
| Law Firm Name: | Dinsmore & Shohl LLP |
| Address: | 1775 Sherman Street, Suite 2600 |
| City: | Denver    State: CO    Zip: 80215 |
| Phone Number w/Area Code: | 303-831-6980 |
| City and State of Residence: | Denver, CO |
| Primary E-mail Address: | michael.xavier@dinsmore.com |
| Secondary E-mail Address: | |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Arielle I. Goren |
| Law Firm Name: | Dinsmore & Shohl LLP |
| Address: | 550 S Hope Street, Suite 2800 |
| City: | Los Angeles    State: CA    Zip: 90071 |
| Phone Number w/Area Code: | 213-596-0010    Bar # 331822 |

## **ORDER**

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: _____        _____
                                                            JUDGE, U.S. DISTRICT COURT



# SUPREME COURT
## State of Colorado,

**STATE OF COLORADO, ss:**

I, __**Cheryl Stevens**__ , Clerk of the Supreme Court of t h e   S t a t e  o f  Colorado, do hereby certify that

_____**Michael Anthony Xavier**_____

has been duly licensed and admitted to practice as an

## ATTORNEY AND COUNSELOR AT LAW

within this State; and that his/her name appears upon the Roll of Attorneys

and Counselors at Law in my office of date the ___**2nd**___

day of __**December**_____ A.D. __**2021**__ and that at the date

hereof the said ___**Michael Anthony Xavier**_____ is in good standing

a t  this Bar.



IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the Seal of said Supreme Court, at Denver, in said State, this ___**22nd**___ day of _____**September**_____ A.D. __**2025**__

*Cheryl Stevens*
_____
Clerk

By _____
Deputy Clerk



# THE SUPREME COURT *of* OHIO

## CERTIFICATE OF GOOD STANDING

    I, MICHEL JENDRETZKY, Director of the Office of Attorney Admissions and Compliance of the Supreme Court of Ohio, do hereby certify that I am the custodian of the records of the Attorney Services Section of the Supreme Court and that the Office of Attorney Admissions and Compliance is responsible for reviewing Court records to determine the status of Ohio attorneys. I further certify that, having fulfilled all of the requirements for admission to the practice of law in Ohio,

**Michael Anthony Xavier**
Attorney Registration No. **0097121**

was admitted to the practice of law in Ohio on November 13, 2017; has registered as an active attorney pursuant to the Supreme Court Rules for the Government of the Bar of Ohio; is in good standing with the Supreme Court of Ohio; and is entitled to practice law in this state.



IN TESTIMONY WHEREOF, I have subscribed my name and affixed the seal of the Supreme Court, this 23rd day of September, 2025.

MICHEL JENDRETZKY
*Director, Office of Attorney Admissions and Compliance*

Shannon Scheid
*Administrative Assistant, Attorney Services Section*

No. 2025-09-23-1
Verify by email at GoodStandingRequests@sc.ohio.gov