1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO COURTHOUSE

| | |
|---|---|
| PMM HOLDINGS, LLC, and PRECISION MACHINE & MANUFACTURING,<br><br>Plaintiffs.<br><br>v.<br><br>WILLIAM W. MEYER AND SONS, INC. and DHG, INC.,<br><br>Defendants. | Case No. 2:25-cv-02005-CSK<br><br>(~~*PROPOSED*~~) MODIFIED ORDER ON SECOND STIPULATION TO EXTEND TIME FOR DEFENDANT DHG, INC. TO RESPOND TO PLAINTIFFS' COMPLAINT<br><br>Complaint Filed: July 17, 2025<br>Trial Date: None Set<br>Magistrate Judge: Hon. Chi Soo Kim<br><br>Current Response Date: September 25, 2025<br>New Response Date: October 9, 2025 |

The Court has read and considered Defendant DHG, INC. and Plaintiffs PMM HOLDINGS, LLC and PRECISION MACHINE & MANUFACTURING'S (collectively, the "Parties") Second Joint Stipulation to Extend Time for DHG to Respond to the Complaint, and good cause appearing therefor,

IT IS HEREBY ORDERED that the deadline for Defendant DHG, INC. to respond to the Complaint is extended by fourteen (14) days from September 25, 2025 to October 9, 2025. The parties are remined to file requests for extensions of time well in advance of the deadline.

**IT IS SO ORDERED.**

Dated: September 26, 2025

*[signature]*

Hon. Chi Soo Kim
United States Magistrate Judge

5, pmm.2005.25