Zachary M. Smith, State Bar No. 78241
W. Scott Cameron, State Bar No. 229828
**Weintraub Tobin** Chediak Coleman Grodin
Law Corporation
400 Capitol Mall, 11th Floor
Sacramento, California 95814
Telephone:    916.558.6000
Facsimile:    916.446.1611
Email: ZSmith@weintraub.com
          SCameron@weintraub.com

Attorneys for Plaintiffs
PMM Holdings, LLC and Precision
Machine & Manufacturing

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PMM HOLDINGS, LLC and PRECISION MACHINE & MANUFACTURING,<br><br>               Plaintiffs,<br><br>   v.<br><br>WILLIAM W. MEYER AND SONS, INC. and DHG, INC.,<br><br>               Defendants. | Case No.:  2:25-cv-02005-CSK<br><br>**NOTICE OF REQUEST TO SEAL DOCUMENTS**<br><br>Complaint Filed:  July 17, 2025 |

TO DEFENDANTS AND THEIR COUNSEL OF RECORD:

     Pursuant to Local Rules 140 and 141, Plaintiffs PMM Holdings, LLC and Precision

Machine & Manufacturing ("Plaintiffs") hereby provide notice of its Request to Seal and Redact

Documents in this action.  In particular, Plaintiffs request that the Court seal the following

documents:

     1.    Exhibit 1 to the Complaint, a Memorandum of Understanding signed by Matt Day,

the then Vice President of Operations for both of the DHG entities, Finn and EB, and by

Precision's former President, Kirk Morton, on or about February 9, 2016.

///

2.      Exhibit 2 to the Complaint, into a "Non-Disclosure Agreement," dated January 23, 2024, and signed by Christopher Erickson on behalf of DHG and Three Cities (the "DHG NDA").

3.      Exhibit 3 to the Complaint, a "Confidentiality Agreement" between Meyer and PMM Holdings (the "Meyer NDA").

Pursuant to Local Rules 140 and 141, this Notice has been electronically filed, while the Request to Seal, Proposed Order and the above-listed documents covered by the Request will be emailed to the "Proposed Orders" email box of the Honorable Chi Soo Kim.  Plaintiffs will also serve Defendants' counsel with a copy of this Notice, the Request to Seal, the Proposed Order and the three documents.

Dated:  September 30, 2025          **Weintraub Tobin** Chediak Coleman Grodin
Law Corporation


By:  /s/ W. Scott Cameron
        W. Scott Cameron

Attorneys for Plaintiffs PMM Holdings, LLC and
Precision Machine & Manufacturing