Jamie L. Johnson (State Bar No. 130698)
KORSHAK, KRACOFF, KING & SUGANO, L.L.P.
2430 J Street
Sacramento, CA 95816
TelephoneL (916) 441-6255
Email: jamie@kkks.com

Margaret A. Gisch, Esq. (Pro Hac Vice)
Sarah K. Dunkey. Esq. (Pro Hac Vice)
GOLAN CHRISTIE TAGLIA LLP
70 W. Madison St., Ste. 1500
Chicago, IL 60602
Telephone (312) 263-2300
Email: mgisch@gct.law
Email: skdunkley@gct.law

Attorneys for Defendant William W. Meyer and Sons, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PMM HOLDINGS, LLC, and PRECISION MACHING & MANUFACTURING<br><br>Plaintiffs,<br><br>v.<br><br>WILLIAM W. MEYER AND SONS, INC. and DHG, INC.,<br><br>Defendants. | Case No. 2:25-cv-02005-CSK<br><br>**RULE 7.1 CORPORATE DISCLOSURE STATEMENT**<br><br>Complaint Filed: July 17, 2025<br><br>Trial Date: None Set<br>Magistrate Judge: Hon. Chi Soo Kim |

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant William W. Meyer and Sons, Inc., an Illinois corporation with its principal place of business in Libertyville, Lake County, Illinois, by and though its undersigned counsel, states:

1. William W. Meyer and Sons, Inc., an Illinois corporation, is wholly owned by Meyer Made Holdings, Inc., an Illinois corporation, with its principal place of business in Libertyville, Lake County, Illinois.

2. Meyer Made Holdings, Inc. has no parent corporation and there are no publicaly held corporations that own 10% or more of Meyer Made Holdings, Inc.'s stock.

Dated: October 3, 2025              Korshak, Kracoff, Kong & Sugano, LLP

                                    By: /s/ Jamie L. Johnson
                                         Jamie L. Johnson

Dated: October 3, 2025              Golan Christie Taglia LLP

                                    By: /s/ Margaret A. Gisch
                                         Margaret A. Gisch

                                         Attorneys for Defendant William W. Meyer and Sons, Inc.