Michael A. Xavier (OH Bar No. 0097121 - Admitted pro hac vice)
Michael.xavier@dinsmore.com
**DINSMORE & SHOHL LLP**
1775 Sherman Street, Suite 2600
Denver, CO 80215
Tel: (303) 831-6980

Arielle I. Goren (SBN 331822)
arielle.goren@dinsmore.com
**DINSMORE & SHOHL LLP**
550 South Hope Street, Suite 2800
Los Angeles, CA 90071
Tel: (213) 596-0010
Fax: (619) 400-0501

Attorneys for Defendant DHG, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO COURTHOUSE

| | |
|---|---|
| PMM HOLDINGS, LLC, and PRECISION MACHINE & MANUFACTURING,<br><br>Plaintiffs,<br><br>v.<br><br>WILLIAM W. MEYER AND SONS, INC. and DHG, INC.,<br><br>Defendants. | Case No. 2:25-cv-02005-CSK<br><br>(***PROPOSED***) **ORDER ON DEFENDANT DHG INC.'S MOTION TO DISMISS (F.R.C.P 12(b)(6))**<br><br>Date: November 18, 2025<br>Time: 10:00 a.m.<br>Courtroom 25, 8th floor<br><br>Complaint Filed: July 17, 2025<br>Trial Date: None Set<br><br>Magistrate Judge: Hon. Chi Soo Kim |

The Court, having considered Defendant DHG, Inc.'s Motion to Dismiss (F.R.C.P 12(b)(6)), filed on October 9, 2025, and good cause appearing, the Court hereby orders as follows:

1) Defendant DHG, Inc.'s ("DHG") Motion to Dismiss (F.R.C.P 12(b)(6)) is granted in its entirety;

2) Plaintiff's Count One against DHG is dismissed;

3) Plaintiff's Count Three against DHG is dismissed;

4) Plaintiff's Count Six against DHG is dismissed;

5) Plaintiff's Count Seven against DHG is dismissed;

6) Plaintiff's Count Eight against DHG is dismissed;

7) Plaintiff's Count Nine against DHG is dismissed; and

8) Plaintiff's Count Ten against DHG is dismissed.

**IT IS SO ORDERED.**

Dated: _____                    _____
                                                                   HONORABLE CHI SOO KIM