UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PMM HOLDINGS, LLC, and PRECISION MACHINE & MANUFACTURING<br><br>Plaintiffs,<br><br>v.<br><br>WILLIAM W. MEYER AND SONS, INC. and DHG, INC.,<br><br>Defendants. | Case No. 2:25-cv-02005-CSK<br><br>**[PROPOSED] ORDER TO DEFENDANT WILLIAM W. MEYER AND SONS, INC.'S MOTION TO DISMISS COMPLAINT PURSUANT TO RULE 12(b)(2) – LACK OF PERSONAL JURISDICTION**<br><br>Assigned District Cout Judge: Unassigned<br>Date:   November 18, 2025<br>Time:  10:00 a.m.<br>Courtroom:  25<br><br>Complaint Filed: July 17, 2025<br>Trial Date: None Set<br>Magistrate Judge: Hon. Chi Soo Kim |

The Court has read and considered Defendant William W. Meyer and Sons, Inc.'s Motion to Dismiss Complaint Pursuant to Rule 12(b)(2) – Lack of Personal Jurisdiction, the Declaration of Charles Meyer in support of William W. Meyer's Motion to dismiss, and other pleadings and records on file herein.

1

[PROPOSED] ORDER TO DEFENDANT WILLIAM W. MEYER AND SONS, INC.'S MOTION TO DISMISS COMPLAINT PURSUANT TO RULE 12(b)(2) – LACK OF PERSONAL JURISDICTION

**O R D E R**

GOOD CAUSE APPEARING, Defendant, William W. Meyer and Sons, Inc.'s Motion to Dismiss Complaint Pursuant to Rule 12(b)(2) – Lack of Personal Jurisdiction is granted. The Complaint is dismissed in its entirety as to William W. Meyer and Sons, Inc.

Dated:

_____
CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

[PROPOSED] ORDER TO DEFENDANT WILLIAM W. MEYER AND SONS, INC.'S MOTION TO DISMISS COMPLAINT PURSUANT TO RULE 12(b)(2) – LACK OF PERSONAL JURISDICTION