1  Margaret A. Gisch, Esq. (*Pro Hac Vice*) (IL State Bar No. 6204431)
   Sarah K. Dunkley, Esq. (*Pro Hac Vice*) (IL State Bar No. 6329204)
2  GOLAN | CHRISTIE | TAGLIA LLP
   70 W. Madison, Suite 1500
3  Chicago, IL 60602
   Telephone: (312) 263-2300
4  Email: magisch@gct.law
   Email: skdunkley@gct.law
5

6  Jamie L. Johnson, Esq. (CA State Bar No. 130698)
   KORSHAK, KRACOFF, KING & SUGANO, L.L.P
7  2430 J Street
   Sacramento, CA 95816
8  Telephone: (916) 441-6255
   Email: jamie@kkks.com
9

10 Attorneys for Defendant
   William W. Meyer and Sons, Inc.
11

12

13                    UNITED STATES DISTRICT COURT

14                    EASTERN DISTRICT OF CALIFORNIA

15

| PMM HOLDINGS, LLC, and PRECISION MACHINE & MANUFACTURING,<br><br>Plaintiffs,<br><br>v.<br><br>WILLIAM W. MEYER AND SONS, INC. and DHG, INC.,<br><br>Defendants. | Case No. 2:25-cv-02005-CSK<br><br>**DEFENDANT WILLIAM W. MEYER AND SONS, INC.'S NOTICE OF MOTION TO DISMISS COMPLAINT PURSUANT TO RULE 12(b)(2) - LACK OF PERSONAL JURISDICTION**<br><br>Assigned District Cout Judge: Unassigned<br>Date:   November 18, 2025<br>Time:  10:00 a.m.<br>Courtroom:  25<br><br>Complaint Filed: July 17, 2025<br>Trial Date: None Set<br>Magistrate Judge: Hon. Chi Soo Kim |
|---|---|

26 TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

27      PLEASE TAKE NOTICE that on November 18, 2025 at 10:00 a.m., or as soon thereafter as

28

1

DEFENDANT WILLIAM W. MEYER AND SONS, INC.'S NOTICE OF MOTION TO DISMISS
COMPLAINT PURSUANT TO RULE 12(b)(2) – LACK OF PERSONAL JURISDICTION

the matter may be heard in Courtroom __ of the United States District Court for the Eastern District of California located at Robert T. Matsui United States Courthouse, 501 I Street, Sacramento, California, Defendant William W. Meyer and Sons, Inc. ("Meyer") will and hereby does move pursuant to Federal Rule of Civil Procedure 12(b)(2) for an order to dismiss the Complaint against it, for lack of personal jurisdiction, to be entered in its favor and against Plaintiffs PMM Holdings, LLC and Precision Machine & Manufacturing. Defendant Meyer requests that the Court order the following:

1. That Defendant Meyer and all causes of action against it be dismissed for lack of jurisdiction.

Defendant's Motion is based on this Notice, the Meyer's Motion to Dismiss for Lack of Personal Jurisdiction and the cases and evidence cited therein, the Declaration of Charles Meyer in Support of Motion to Dismiss, including all exhibits thereto, the complaint, files and records of this action, and such further evidence and argument as may be received at or before the hearing on this matter.

Dated: October 9, 2025              GOLAN CHRISTIE TAGLIA LLP

                                    By:    /s/ Margaret A. Gisch
                                           Margaret A. Gisch


Dated: October 9, 2025              KORSHAK, KRACOFF, KONG & SUGANO, LLP

                                    By:    /s/ Jamie L. Johnson, Esq.
                                           Jamie L. Johnson

                                    Attorneys for Defendant William W. Meyer and Sons, Inc.