1  Margaret A. Gisch, Esq. (*Pro Hac Vice*) (IL State Bar No. 6204431)
   Sarah K. Dunkley, Esq. (*Pro Hac Vice*) (IL State Bar No. 6329204)
2  GOLAN | CHRISTIE | TAGLIA LLP
   70 W. Madison, Suite 1500
3  Chicago, IL 60602
   Telephone:  (312) 263-2300
4  Email:  magisch@gct.law
   Email:  skdunkley@gct.law
5

6  Jamie L. Johnson, Esq. (CA State Bar No. 130698)
   KORSHAK, KRACOFF, KING & SUGANO, L.L.P
7  2430 J Street
   Sacramento, CA 95816
8  Telephone:  (916) 441-6255
   Email:  jamie@kkks.com
9

10 Attorneys for Defendant
   William W. Meyer and Sons, Inc.
11

12

13                 UNITED STATES DISTRICT COURT

14                 EASTERN DISTRICT OF CALIFORNIA

15

16 | PMM HOLDINGS, LLC, and PRECISION | Case No. 2:25-cv-02005-CSK |
   | MACHINE & MANUFACTURING, | |
17 | | **NOTICE OF DEFENDANT WILLIAM W.** |
   | | **MEYER AND SONS, INC.'S REQUEST** |
18 | Plaintiffs, | **TO REDACT OR SEAL DOCUMENTS** |
   | | |
19 | v. | Assigned District Cout Judge: Unassigned |
   | | Date:   TBA |
20 | WILLIAM W. MEYER AND SONS, INC. | Time:  TBA |
   | and DHG, INC., | Courtroom:  TBA |
21 | | |
   | | Complaint Filed: July 17, 2025 |
22 | Defendants. | Trial Date: None Set |
   | | Magistrate Judge: Hon. Chi Soo Kim |
23

24

25 TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

26      Pursuant to Local Rules 140 and 141, Defendant William W. Meyer and Sons, Inc. ("Meyer")

27 by its attorneys, Margaret A. Gisch, Sarah K. Dunkley and James L. Johnson, hereby provide notice of

28 its Request to Redact or Seal in this action. In particular, Meyer request that the Court redact or seal

1

1  the following exhibits to the Declaration of Charles Meyer (the "Meyer Decl.") in Support of

2  Defendant Meyer's Motion to Dismiss Complaint Pursuant to Rule 12(b)(2) Lack of Personal

3  Jurisdiction (the "MTD"):

4      1.  **Exhibit 1** to the Declaration, being an order from Finn Company to Meyer for a prototype

5          rotary air valve.

6      2.  **Exhibit 2** to the Declaration, being an invoice from Meyer to Finn Company for a

7          prototype rotary air valve.

8      3.  **Exhibit 3** to the Declaration, being an email from Crown Point Partners to Defendant

9          Meyer regarding a potential acquisition.

10     4.  **Exhibit 4** to the Declaration, being a "Confidentiality Agreement" between Meyer and

11         PMM Holdings (the "Meyer NDA").

12     5.  **Exhibit 5** to the Declaration, being the "Confidential Information Memorandum" ("Target

13         Memo") which disclosed information about the acquisition target, Plaintiff Precision

14         Machine & Manufacturing ("Precision").

15     6.  **Exhibit 6** to the Declaration, being a Management Presentation PowerPoint regarding

16         Precision.

17     Pursuant to Local Rules 140 and 141, this Notice has been electronically filed, while the

18  Request to Redact or Seal, Proposed Order and the above-listed exhibits covered by the Request will

19  be emailed to the "Proposed Orders" email box of the Honorable Chi Soo Kim. Meyer will also serve

20  Plaintiff's and co-Defendant's counsel with a copy of this Notice, Request to Redact or Seal, the

21  Proposed Order and six exhibits.

22  Dated: October 9, 2025          GOLAN CHRISTIE TAGLIA LLP

23
24                                  By:     /s/ Margaret A. Gisch
                                            Margaret A. Gisch

25  Dated: October 9, 2025          KORSHAK, KRACOFF, KONG & SUGANO, LLP

26
27                                  By:     /s/ Jamie L. Johnson, Esq.
                                            Jamie L. Johnson

28                                  Attorneys for Defendant William W. Meyer and Sons, Inc

2