Zachary M. Smith, State Bar No. 78241
W. Scott Cameron, State Bar No. 229828
**Weintraub Tobin** Chediak Coleman Grodin
Law Corporation
400 Capitol Mall, 11th Floor
Sacramento, California 95814
Telephone:     916.558.6000
Facsimile:     916.446.1611
Email: ZSmith@weintraub.com
            SCameron@weintraub.com

Attorneys for Plaintiffs
PMM Holdings, LLC and Precision
Machine & Manufacturing

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PMM HOLDINGS, LLC and PRECISION MACHINE & MANUFACTURING,<br><br>Plaintiffs,<br><br>v.<br><br>WILLIAM W. MEYER AND SONS, INC. and DHG, INC.,<br><br>Defendants. | Case No.: 2:25-cv-02005-CSK<br><br>**PLAINTIFFS' NOTICE OF NON-OPPOSITION TO DEFENDANT WILLIAM W. MEYER AND SONS, INC.'S REQUEST TO REDACT OR SEAL DOCUMENTS** |

Plaintiffs PMM Holdings, LLC and Precision Machine & Manufacturing hereby notify the Court and all parties that they do not oppose Defendant William W. Meyer and Sons, Inc.'s Request to Redact or Seal Documents.

Dated:  October 15, 2025

**Weintraub Tobin** Chediak Coleman Grodin
Law Corporation


By:  /s/ W. Scott Cameron
         W. Scott Cameron

Attorneys for Plaintiffs PMM Holdings, LLC and Precision Machine & Manufacturing