Zachary M. Smith, State Bar No. 78241
W. Scott Cameron, State Bar No. 229828
**Weintraub Tobin** Chediak Coleman Grodin
Law Corporation
400 Capitol Mall, 11th Floor
Sacramento, California 95814
Telephone:     916.558.6000
Facsimile:       916.446.1611
Email: ZSmith@weintraub.com
            SCameron@weintraub.com

Attorneys for Plaintiffs
PMM Holdings, LLC and Precision
Machine & Manufacturing

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PMM HOLDINGS, LLC and PRECISION MACHINE & MANUFACTURING,<br><br>                    Plaintiffs,<br><br>     v.<br><br>WILLIAM W. MEYER AND SONS, INC. and DHG, INC.,<br><br>                    Defendants. | Case No.:  2:25-cv-02005-CSK<br><br>**DECLARATION OF JOSE BLANCO IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT WILLIAM W. MEYER AND SONS, INC.'S MOTION TO DISMISS COMPLAINT**<br><br>Date:    November 18, 2025<br>Time:    10:00 a.m.<br>Ctrm:    25<br><br>Complaint Filed:  July 17, 2025 |

I, Jose Blanco, declare as follows:

1.     I am the managing member of PMM Holdings, LLC ("PMM Holdings"), a party plaintiff in the above-referenced action.  I am also the Chair of the Board of Directors ("Board") of Precision Machine & Manufacturing, Inc. ("Precision"), also a plaintiff in the above-referenced action. I currently the serve as the managing partner of CFV Partners, a limited partnership headquartered in Sacramento, which owns the majority interest in, and is the managing member of, PMM Holdings, also based in Sacramento.

2. I have personal knowledge of the facts stated herein and certify that the same is true to the best of my knowledge, except as to the matters stated herein on information and belief, and, as to those matters, I believe them to be true. I make this declaration in support of Plaintiff's Opposition to Defendant's Motion to Dismiss Complaint.

3. PMM Holdings owns 100% of the shares of Precision. I served as Chair of Precision's BOD from March of 2014 until the summer of 2021 when Brad Triebsch ("Brad") assumed those duties. Brad was both the managing partner of CVF Partners and the Chair of Precision's Board until Brad passed away in early 2024. As a result of Brad's passing, I resumed the position of Chair of Precision's Board in the first quarter of 2024 and continued as a manager of CVF Partners

4. In 2021 and into 2022, Brad reported that Charles "Charlie" Meyer of William Meyer and Sons. Inc. ("Meyer") had reached out to Brad expressing an interest in Meyer acquiring Precision from its owners. As owners of Precision and as members of the Board of Precision, we at CVF Partners, PMM Holdings and Precision discussed over the ensuing months the idea of selling Precision to Meyer and concluded that it was unwise to do so until the improvement in Precision's financial performance then in progress was further along. During the course of these discussions Brad described communications he had had with Mr. Meyer by both email and telephone.

5. I note that Mr. Meyer's declaration in support of Meyer's motion to dismiss the Plaintiffs' case against Meyer fails to mention his 2021-2022 communications with CVF Partners and Brad and am surprised that Mr. Meyer asserts that he had no knowledge that the owner of Precision is California-based as Brad's telephone number had the Sacramento region area code of 916 and his email messages had a signature block setting forth CVF Partners' Sacramento address.

6. In order to discharge our duties to Precision and its investors/owners, CVF Partners and the Board have conducted active oversight and management of Precision along with its day-to-day operations management in Oregon. As the owners of Precision, we monitor the financial reports, meet with Don Lindsey and other Precision personnel on a regular basis, fix the

1  budget and arrange for all of the accounting, tax and audit work to be performed by our California accountant.

7. Around the time of Brad's passing in 2024, Precision's reorganization was complete and its financial performance had improved to the point that we were willing to make such a sale at a suitable price. As a result we engaged Crown Point represent to Precision and its owners in putting together a and implementing a plan for a formal marketing and purchase-sale process.

8. From the time of Crown Point's involvement on, there were no direct communications between the owners of Precision and any of the potential buyers. Based on Mr. Meyers previous communications with CVF Partners we suggested to Crown Point that it should alert Meyer that the owners were considering selling Precision.

9. As the potential buyers moved through the due diligence, "indication of interest" and "letter of intent" phases, we, CVF Partners and PMM Holdings, arranged with Crown Point to provide increasing amounts of confidential information concerning Precision and its operations to prospective buyers. In short, CVF Partners and PMM Holdings were the entities which both provided all of the information lodged in the data room and granted Meyer permission to have access to such information.

10. It was PMM Holding which decided to reject the offers of both DGH and Meyer to buy Precision from PMM Holdings and to terminate negotiations with them. The owners of PMM Holdings all agreed that DHG and Meyer's offers were so far below the true value of Precision that they had not been made in good-faith and had been made with the certainty that they would be rejected.

I declare under penalty of perjury under the laws of the United State of American that the foregoing is true and correct, and that I have executed this declaration on October 22, 2025, in Fresno, California.

*J. C. Blanco*

Jose Blanco