Zachary M. Smith, State Bar No. 78241
W. Scott Cameron, State Bar No. 229828
**Weintraub Tobin** Chediak Coleman Grodin
Law Corporation
400 Capitol Mall, 11th Floor
Sacramento, California 95814
Telephone:   916.558.6000
Facsimile:   916.446.1611
Email: ZSmith@weintraub.com
          SCameron@weintraub.com

Attorneys for Plaintiffs
PMM Holdings, LLC and Precision
Machine & Manufacturing

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PMM HOLDINGS, LLC and PRECISION MACHINE & MANUFACTURING,<br><br>Plaintiffs,<br><br>v.<br><br>WILLIAM W. MEYER AND SONS, INC. and DHG, INC.,<br><br>Defendants. | Case No.: 2:25-cv-02005-CSK<br><br>**DECLARATION OF DON LINDSEY IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT WILLIAM W. MEYER AND SONS, INC.'S MOTION TO DISMISS COMPLAINT**<br><br>Date:   November 18, 2025<br>Time:  10:00 a.m.<br>Ctrm:   25<br><br>Complaint Filed: July 17, 2025 |

I, Don Lindsey, declare as follows:

1.  I am President and CEO of Precision Machine & Manufacturing, Inc. ("Precision"), a party to the above-referenced action, and have served Precision in that capacity since October of 2021. I have personal knowledge of the facts stated herein and certify that the same is true to the best of my knowledge, except as to the matters stated herein on information and belief, and, as to those matters, I believe them to be true.

2.  I make this declaration in support of Plaintiffs' Opposition to Defendant's Motion to Dismiss Complaint.

3. Precision is 100% owned by PMM Holdings, LLC ("PMM Holdings"). PMM Holdings is a Delaware limited liability company with its principal place of business in Sacramento, California. The owners of PMM Holdings are entities known as CVF Partners ("CVF") and Socius Capital, and two former Precision executives.

4. Precision is managed by a board of directors ("Board") composed of members of CVF and Socius Capital. CVF holds three seats on the Board and Socius Capital holds two.

5. CVF's Partners managing partner, Brad Triebsch, was Chair of the Board until he passed away in January 2024. Jose Blanco succeeded Brad Triebsch as Chair.

6. PMM Holdings and its owners have ultimate decision-making and financial control of Precision. I serve Precision at the pleasure of the Board and am in charge of the day-to-day operation of Precision, subject to the oversight and regular (at least monthly) direction of the Board. Precision's primary bookkeeping is performed at its facilities in Oregon and the information is then provided to PMM Holdings' CPA in California for final accounting, tax, and audit preparation. Upon completion, all documentation is distributed to the ownership group making up PMM Holdings, with the majority ownership residing in California.

7. In late 2021 and early 2022, Charlie Meyer approached Brad Triebsch and CVF and discussed the potential acquisition of Precision by Meyer. The owners of Precision and the Board of Precision and I all discussed the idea of selling Precision to Meyer and decided that it was unwise to do so until the ongoing reorganization of Precision had been accomplished. Brad Triebsch told Charlie Meyer that Precision was not for sale at that time but that they would let Mr. Meyer know if the owner's attitude changed.

8. At the end of 2023, the reorganization process was complete so PMM's ownership group and I determined that the best course of action was to engage a "sell side" commercial broker, Crown Point Partners ("Crown Point"), and prepare to place Precision on the market in the first quarter of 2024.

9. After the framework for exploring sale of Precision was in place, Crown Point included Charlie Meyer among the 87 recipients of an email announcing the potential opportunity to purchase an unnamed company primarily involved in manufacture of "rotary valves and rotary

feeders." (The April 25, 2024 email announcement sent to Mr. Meyer is identified as Exhibit 3 in Mr. Meyer's declaration in support of the Meyer motion to dismiss and in Meyer's "Defendant William W. Meyer and Sons, Inc.'s Request to Redact or Seal Documents" lodged with the Court on October 9, 2025.)

10. Although the April 25 2024 email took pains to not reveal the names of either Precision or PMM Holdings, Mr. Meyer apparently knew exactly what entities to which the April 25 announcement referred because he responded within hours by an email message to Roger Adams of Crown Point which stated that he had "discussed this opportunity with the current/former private equity owners in the past … and we remain interested." A true and accurate copy of Mr. Meyer's April 25, 2024 email message to Roger Adams is attached as **Exhibit A** to this declaration.

11. Based on Meyer's expression of continuing interest in a possible acquisition of Precision, PMM Holdings' owners authorized Crown Point to send Mr. Meyer an initial "Confidential Information Memo" ("CIM"). The information for the CIM, along with all other company-specific information, was provided to Crown Point at the direction of PMM Holdings and included revenue metrics, outsourcing strategy, vendors and their dollar volume, revenue history by industry segment including the "OEM-Equipment Industry" segment in which revenue from sales to Finn and Express Blower is accounted, and capital expenditures for equipment required to manufacture the feeders that Precision designs and builds which are very different from the feeders that Meyer has manufactured in the past.

12. After receiving the CIM, Charlie Meyer continued to express interest in a potential acquisition and PMM Holdings authorized delivery to Meyer copies of detailed monthly income statements through May 2024.

13. In June of 2024, Charlie Meyer requested an inspection of the manufacturing facilities in Oregon to observe the manufacturing process for Precision's bulk material handling components, which included the blower truck feeders. His request was approved by the PMM Holdings' owners and took place on June 20, 2024.

///

14. During the facilities inspection, I provided a plethora of confidential information concerning the feeder materials and manufacturing processes, including the specific equipment necessary to manufacture the feeders, along with the manpower and work centers to manufacture six to ten Precision blower truck feeders at a time. The inspection also included the feeder assembly area, and how this work center is configured to support millions in blower truck feeder revenue annually. We had in-depth discussions regarding Precision's overall capacity limitations, combined with the pricing strategy and monthly volume requirements that were necessary to accommodate Finn's blower truck feeder business. Throughout his visit, Mr. Meyer displayed far more interest in the equipment and technical aspects of the manufacturing process, and asked more targeted questions, than any other of the other half-dozen or so companies that had toured the facility in connection with the potential sale of Precision.

15. Following the facilities tour, Meyer requested (through a buyer-side broker, Bill Tucker-Midis), and received, more specific information concerning Precision's main steel suppliers, Precision's ownership structure, and a variety of additional confidential financial details. Once again, PMM Holdings authorized release of the information on the representation that Meyer would soon be presenting a qualifying offer.

16. Five days after the Meyer's tour, on June 25, 2024, DHG submitted its "Indication of Interest" ("IOI") in acquiring either the assets or the stock of Precision, depending on tax considerations. The IOI noted that DHG subsidiaries "represent Precision's single largest customer" and included the threat that if DHG was not successful in acquiring Precision that it would purchase feeders from other sources in order "to more closely control the design and manufacture of the airlocks."

17. During the discussions surrounding the possible acquisition of Precision from PMM Holdings, Mr. Meyer told me that he had no idea what a blower truck feeder was until Finn approached Meyer and asked Meyer to build a Precision's 302 blower truck feeder for them. Mr. Meyer stated that when Meyer asked for the 302 blower truck feeder's drawings, Finn stated that it did not have drawings for Precision's 302 blower truck feeder, so Finn shipped one of Precision's 302 blower truck feeders they had in stock and paid Meyer to reverse engineer

Precision's 302, develop a drawing package, and build a single feeder for Finn. I asked him how things finished up with Finn and what ended up happening. Mr. Meyer confirmed that Meyer had indeed reverse engineered Precision's 302 blower truck feeder, created a full drawing package and manufactured a single unit. Meyer provided Finn with the drawing package, the single unit, and a price to build Precision's 302 blower truck feeders. Mr. Meyer stated that when he provided Finn with a price, Finn stated that Meyer's price was 20% more than what Precision was currently charging Finn. He then said that Finn went on their way and he had not heard any more from them.

18. On July 22, 2024, Crown Point informed Meyer and its broker that Meyer's offer met the minimum threshold to move on to the next phase and gave Meyer a Letter of Intent ("LOI") process letter which included information on how to access the Virtual Data Room ("VDR"). Between the responses provided by Crown Point to Meyer's specific questions and the financial data in the VDR, Meyer obtained extensive confidential information, which included information such as historical revenue, costs and gross margin by product type, including blower truck feeders future sales projections.

19. On August 16, 2024, Meyer's Broker sent Crown Point a formal LOI executed by Mr. Meyer.

20. PMM Holdings rejected the LOI offer and, on August 20, 2024, Crown Point informed Mr. Meyer and Mr. Tucker-Midis that plaintiffs would not be going forward with the offer in the LOI.

21. I have reviewed the records of views and downloads of materials in the VDR. Approximately one hour <u>after</u> being informed of the rejection of Meyer's LOI by Precision's owners, Mr. Meyer downloaded 21 separate files and folders in addition to the files and folders Mr. Meyer had downloaded on previous dates. The very first item downloaded on August 20, 2024 was the Finn special pricing lists for 2023 and 2024, followed by Precision's 2024 3rd and 4th quarter backlog and sales forecast, and Precision's 2021-2024 sales backlog by month.

22. At about the same time, DHG was informed by Crown Point that DHG's LOI had been rejected and Finn began cancelling their orders of the Precision feeders.

23. In early 2025, I discovered a LinkedIn post by Meyer, which publicized that Meyer had acquired and installed a very similar robotic manufacturing cell, to the robotic manufacturing cell that I revealed to Charlie Meyer during his tour on June 20, 2024 and specified that Precision had acquired and utilized for efficient manufacturing of the blower truck rotary feeders that Precision manufactured exclusively for DHG/Finn.

24. Then, on April 30, 2025 and May 1, 2025, I exchanged emails with Charlie Meyer in which he confirmed that Meyer had given "our sales team the green light to vie for the 302 business" and had obtained an order for 60 feeders from Finn.

I declare under penalty of perjury under the laws of the United State of America that the foregoing is true and correct, and that I have executed this declaration on October 23, 2025, in Eugene, Oregon.

_____
Don Lindsey

# Exhibit A

**From:** Charlie Meyer <CMeyer@wmwmeyer.com>
**Sent:** Thursday, April 25, 2024 1:45 PM
**To:** radams@crownpointpartners.com
**Cc:** Nick Stanley (CPP) <nstanley@crownpointpartners.com>
**Subject:** Re: Opportunity to Acquire a Bulk Handling Machinery Manufacturer

Hi Rodger,

Thanks for thinking of us.
I am about to take off for a flight, but I look forward to a more expansive conversation.
I have discussed this opportunity with the current / former private equity owners in the past…and we remain interested.

Feel free to send over an NDA and we try to set up an intro call in the coming weeks.

Best,
Charlie


*Charlie Meyer*
*Sent from mobile device, please excuse brevity*

**From:** radams@crownpointpartners.com <radams@crownpointpartners.com>
**Sent:** Thursday, April 25, 2024 3:34:58 PM
**To:** Charlie Meyer <CMeyer@wmwmeyer.com>
**Cc:** Nick Stanley (CPP) <nstanley@crownpointpartners.com>
**Subject:** Opportunity to Acquire a Bulk Handling Machinery Manufacturer

> You don't often get email from radams@crownpointpartners.com. Learn why this is important

Charles:

I am a Managing Partner of a boutique investment banking firm located in Portland OR. Our firm has been engaged to sell a Company that we believe may be an interesting opportunity for Meyer Industrial. The Company is a profitable and growing American manufacturer of extreme-duty bulk material handling components (primarily rotary valves and rotary feeders) that are used in industrial plants in a wide variety of industries. The Company has a well-earned reputation both regionally and nationally and had revenues of nearly $12MM in 2023 with an adjusted EBITDA of $1.8MM

I have attached a two-page no-name summary of the Company and the acquisition opportunity. If you have an interest in pursuing the opportunity, please let me know and I will send you an NDA in advance of providing you a more detailed confidential information memorandum. If you do not have an interest, we would appreciate that notice as well.

Regards,

**Rodger Adams**
**Managing Partner**



Direct Line: (503) 345-5844

radams@crownpointpartners.com|www.crownpointpartners.com



Please Note: This is a confidential electronic transmission. This electronic mail document and all accompanying or attached documents or hyper-links may contain private, confidential, legally privileged information belonging to the sender. This information is intended only for certain recipients. In the event this transmission has inadvertently been forwarded to a party that is not intended to receive such documents, any and all such parties are notified that any disclosure, saving, copying, distribution, or taking of action in reliance on the contents of this information is strictly prohibited.