# Charlie Meyer

| | |
|---|---|
| **From:** | radams@crownpointpartners.com |
| **Sent:** | Thursday, April 25, 2024 3:35 PM |
| **To:** | Charlie Meyer |
| **Cc:** | Nick Stanley (CPP) |
| **Subject:** | Opportunity to Acquire a Bulk Handling Machinery Manufacturer |
| **Attachments:** | Project Rotary - Acquisition Opportunity - April 2024.pdf |

You don't often get email from radams@crownpointpartners.com. Learn why this is important

Charles:

I am a Managing Partner of a boutique investment banking firm located in Portland OR. Our firm has been engaged to sell a Company that we believe may be an interesting opportunity for Meyer Industrial. The Company is a profitable and growing American manufacturer of extreme-duty bulk material handling components (primarily rotary valves and rotary feeders) that are used in industrial plants in a wide variety of industries. The Company has a well-earned reputation both regionally and nationally and had revenues of nearly $12MM in 2023 with an adjusted EBITDA of $1.8MM

I have attached a two-page no-name summary of the Company and the acquisition opportunity. If you have an interest in pursuing the opportunity, please let me know and I will send you an NDA in advance of providing you a more detailed confidential information memorandum. If you do not have an interest, we would appreciate that notice as well.

Regards,

**Rodger Adams**
**Managing Partner**



Direct Line: (503) 345-5844

radams@crownpointpartners.com | www.crownpointpartners.com



Please Note: This is a confidential electronic transmission. This electronic mail document and all accompanying or attached documents or hyper-links may contain private, confidential, legally privileged information belonging to the sender. This information is intended only for certain recipients. In the event this transmission has inadvertently been forwarded to a party that is not intended to receive such documents, any and all such parties are notified that any disclosure, saving, copying, distribution, or taking of action in reliance on the contents of this information is strictly prohibited.