**From:** "radams@crownpointpartners.com" <radams@crownpointpartners.com>
**To:** "'Charlie Meyer'" <CMeyer@wmwmeyer.com>
**Cc:** "'Nick Stanley \(CPP\)'" <nstanley@crownpointpartners.com>
**Subject:** RE: Opportunity to Acquire a Bulk Handling Machinery Manufacturer
**Date:** Tue, 7 May 2024 11:23:17 -0700
**Importance:** Normal
**Attachments:** PMM_Info_Memo_-_April_2024.pdf
**Inline-Images:** image001.png; image003.png; image004.png; image005.png

---

Charlie,

I have attached a copy of the CIM for Precision Machine and Manufacturing.  We would be happy to set up a call with you to discuss after you have had a chance to digest it.  We will get you the countersigned copy of the NDA in a few days.

Thank you,

**Rodger Adams**
**Managing Partner**



Direct Line:  (503) 345 5844

radams@crownpointpartners.com | www.crownpointpartners.com

LinkedIn profile

Please Note:  This is a confidential electronic transmission.  This electronic mail document and all accompanying or attached documents or hyper links may contain private, confidential, legally privileged information belonging to the sender.  This information is intended only for certain recipients.  In the event this transmission has inadvertently been forwarded to a party that is not intended to receive such documents, any and all such parties are notified that any disclosure, saving, copying, distribution, or taking of action in reliance on the contents of this information is strictly prohibited.

---

**From:** Charlie Meyer <CMeyer@wmwmeyer.com>
**Sent:** Tuesday, May 7, 2024 7:49 AM
**To:** radams@crownpointpartners.com
**Cc:** 'Nick Stanley (CPP)' <nstanley@crownpointpartners.com>
**Subject:** RE: Opportunity to Acquire a Bulk Handling Machinery Manufacturer

Thank you.
I missed this NDA when I was on the road, but here is a signed copy.
I'll keep an eye out for the CIM.

Talk Soon,
Charlie

---

**From:** radams@crownpointpartners.com <radams@crownpointpartners.com>
**Sent:** Thursday, April 25, 2024 4:41 PM
**To:** Charlie Meyer <CMeyer@wmwmeyer.com>

**Subject:** RE: Opportunity to Acquire a Bulk Handling Machinery Manufacturer

You don't often get email from radams@crownpointpartners.com. Learn why this is important

Charlie:

Thank you for your quick response.  I have attached an NDA for your review.  Let me know if you have any questions or comments.  If not, please sign and return so that we can send you a Confidential Information Memo.

Regards,

**Rodger Adams**
**Managing Partner**



-
Direct Line:  (503) 345-5844

radams@crownpointpartners.com | www.crownpointpartners.com



Please Note:  This is a confidential electronic transmission.  This electronic mail document and all accompanying or attached documents or hyper links may contain private, confidential, legally privileged information belonging to the sender.  This information is intended only for certain recipients.  In the event this transmission has inadvertently been forwarded to a party that is not intended to receive such documents, any and all such parties are notified that any disclosure, saving, copying, distribution, or taking of action in reliance on the contents of this information is strictly prohibited.

---

**From:** Charlie Meyer <CMeyer@wmwmeyer.com>
**Sent:** Thursday, April 25, 2024 1:45 PM
**To:** radams@crownpointpartners.com
**Cc:** Nick Stanley (CPP) <nstanley@crownpointpartners.com>
**Subject:** Re: Opportunity to Acquire a Bulk Handling Machinery Manufacturer

Hi Rodger,

Thanks for thinking of us.
I am about to take off for a flight, but I look forward to a more expansive conversation.

I have discussed this opportunity with the current / former private equity owners in the past…and we remain interested.

Feel free to send over an NDA and we try to set up an intro call in the coming weeks.

Best,
Charlie

*Charlie Meyer*
*Sent from mobile device, please excuse brevity*

---

**From:** radams@crownpointpartners.com <radams@crownpointpartners.com>
**Sent:** Thursday, April 25, 2024 3:34:58 PM
**To:** Charlie Meyer <CMeyer@wmwmeyer.com>

**Subject:** Opportunity to Acquire a Bulk Handling Machinery Manufacturer

You don't often get email from radams@crownpointpartners.com. Learn why this is important

Charles:

I am a Managing Partner of a boutique investment banking firm located in Portland OR.  Our firm has been engaged to sell a Company that we believe may be an interesting opportunity for Meyer Industrial.  The Company is a profitable and growing American manufacturer of extreme-duty bulk material handling components (primarily rotary valves and rotary feeders) that are used in industrial plants in a wide variety of industries.  The Company has a well-earned reputation both regionally and nationally and had revenues of nearly ███████████████████████████████

I have attached a two-page no-name summary of the Company and the acquisition opportunity.  If you have an interest in pursuing the opportunity, please let me know and I will send you an NDA in advance of providing you a more detailed confidential information memorandum.  If you do not have an interest, we would appreciate that notice as well.

Regards,

**Rodger Adams**
**Managing Partner**



Direct Line:  (503) 345-5844

radams@crownpointpartners.com | www.crownpointpartners.com

Linked in profile

Please Note:  This is a confidential electronic transmission.  This electronic mail document and all accompanying or attached documents or hyper links may contain private, confidential, legally privileged information belonging to the sender.  This information is intended only for certain recipients.  In the event this transmission has inadvertently been forwarded to a party that is not intended to receive such documents, any and all such parties are notified that any disclosure, saving, copying, distribution, or taking of action in reliance on the contents of this information is strictly prohibited.





Confidential Information Memorandum **|** April 2024



# NOTICES & DISCLAIMER

CROWN POINT PARTNERS, LLC ("CROWN POINT") HAS PREPARED THIS MEMORANDUM WITH PRECISION MACHINE AND MANUFACTURING, INC. ("PMM" OR "THE COMPANY") SOLELY FOR THE PURPOSE OF SEEKING A BUYER FOR THE COMPANY.  THE MEMORANDUM WILL PROVIDE A PRELIMINARY INTRODUCTION TO THE BUSINESS OF THE COMPANY TO ASSIST A POTENTIAL BUYER IN DETERMINING WHETHER IT WISHES TO PROCEED WITH AN IN-DEPTH INVESTIGATION WHICH MIGHT LEAD TO AN OFFER TO PURCHASE THE COMPANY.

THE INFORMATION CONTAINED HEREIN DOES NOT PURPORT TO CONTAIN ALL THE INFORMATION THAT AN INTERESTED PARTY MAY NEED OR DESIRE. THE INFORMATION IN THIS DISCLOSURE DOCUMENT IS VALID AS OF THE DATE HEREOF AND IS SUBJECT TO CHANGE. THE INFORMATION IN THIS DISCLOSURE DOCUMENT HAS NOT BEEN INDEPENDENTLY VERIFIED AND WAS PROVIDED BY THE COMPANY AND OTHER SOURCES BELIEVED TO BE RELIABLE. THE COMPANY IS NOT SUBJECT TO THE REPORTING REQUIREMENTS OF THE SECURITIES EXCHANGE ACT OF 1934, AS AMENDED, AND DOES NOT FILE REPORTS, PROXY STATEMENTS, OR OTHER INFORMATION WITH THE SECURITIES AND EXCHANGE COMMISSION.  IN MAKING AN INVESTMENT DECISION, INVESTORS MUST RELY UPON THEIR OWN EXAMINATION OF THE COMPANY AND THE TERMS OF THE OFFERING, INCLUDING THE MERITS AND RISKS INVOLVED. SEE "RISK FACTORS" BELOW FOR A DISCUSSION OF CERTAIN FACTORS THAT SHOULD BE CONSIDERED IN CONNECTION WITH THE PURCHASE OF THE COMPANY.

NEITHER THE COMPANY, NOR ITS REPRESENTATIVES, MAKE ANY REPRESENTATION OR WARRANTY AS TO THE ACCURACY OR COMPLETENESS OF THIS DISCLOSURE DOCUMENT, AND SHALL HAVE NO LIABILITY FOR ANY REPRESENTATIONS (EXPRESSED OR IMPLIED) CONTAINED IN, OR FOR ANY OMISSIONS FROM, THIS DISCLOSURE DOCUMENT OR ANY OTHER WRITTEN OR ORAL COMMUNICATIONS TRANSMITTED TO ANY INTERESTED PARTIES IN THE COURSE OF THEIR EVALUATION OF THE COMPANY. THE ONLY INFORMATION THAT WILL HAVE ANY LEGAL EFFECT AND UPON WHICH AN INTERESTED PARTY MAY RELY WILL BE THE INFORMATION IN SUCH REPRESENTATIONS AND WARRANTIES AS MAY BE CONTAINED IN A DEFINITIVE AGREEMENT RELATING TO THE PURCHASE OF THE COMPANY.

NO PERSON HAS BEEN AUTHORIZED TO GIVE ANY INFORMATION1 OTHER THAN THAT CONTAINED IN THIS DISCLOSURE DOCUMENT, OR TO MAKE ANY REPRESENTATIONS IN CONNECTION WITH THE OFFERING OF THE COMPANY, AND, IF GIVEN OR MADE, THE INFORMATION MUST NOT BE RELIED UPON AS HAVING BEEN AUTHORIZED BY THE COMPANY. NEITHER THE DELIVERY OF THIS DISCLOSURE DOCUMENT NOR ANY SALE OF THE COMPANY SHALL, UNDER ANY CIRCUMSTANCES, CREATE ANY IMPLICATION THAT INFORMATION IN THIS DISCLOSURE DOCUMENT IS CORRECT AS OF ANY TIME SUBSEQUENT TO THE DATE OF THIS DISCLOSURE DOCUMENT.

PROSPECTIVE OWNERS ARE NOT TO CONSTRUE THE CONTENTS OF THIS DISCLOSURE DOCUMENT OR ANY PRIOR OR SUBSEQUENT COMMUNICATION FROM THE COMPANY OR THE MANAGER AS LEGAL, TAX OR INVESTMENT ADVICE. EACH PROSPECTIVE OWNER MUST CONSULT AND RELY UPON ITS OWN COUNSEL, ACCOUNTANT, PURCHASER REPRESENTATIVE OR BUSINESS ADVISOR AS TO LEGAL, TAX AND RELATED MATTERS CONCERNING A PURCHASE OF THE COMPANY.

THE MEMBERS OF PMM MANAGEMENT AND CROWN POINT ARE BOUND BY A CONFIDENTIALITY AGREEMENT REGARDING THE INFORMATION CONTAINED HEREIN AND BY ACCEPTANCE OF THIS MEMORANDUM, A PROSPECTIVE OWNER AGREES THAT THE INFORMATION IN THIS MEMORANDUM IS NOT TO BE USED FOR ANY PURPOSE OR MADE AVAILABLE TO ANYONE NOT DIRECTLY CONCERNED WITH THE DECISION REGARDING THE PURCHASE OF THE COMPANY DESCRIBED HEREIN. IN NO EVENT SHALL YOU USE SUCH INFORMATION TO THE DETRIMENT OF PMM, CROWN POINT, OR THE SHAREHOLDERS.  CROWN POINT RESERVES THE RIGHT TO REQUIRE THE RETURN OF THE MEMORANDUM AT ANY TIME.



Confidential
Not for reproduction or public release without permission.



# SPECIAL NOTE REGARDING FORWARD-LOOKING STATEMENTS

This Information Memorandum contains forward-looking statements. All statements other than statements of historical fact, including statements regarding the Company's future financial position, business strategy, and the plans and objectives of management for future operations, are forward-looking statements for purposes of federal and state securities laws. Forward-looking statements may include the words "may," "will," "plan," "estimate," "anticipate," "believe," "expect," "intend" and similar expressions. Such forward-looking statements involve known and unknown risks, uncertainties, and other key factors that could cause the Company's actual results, performance, or achievements, or industry results, to differ materially from any future results, performance, or achievements implied by such forward-looking statements.

Statements in this Memorandum that are forward-looking statements are based on the Company's current expectations and projections about future events and financial trends that the Company believes may affect its financial condition, results of operations, business strategy, short-term and long-term business operations, and objectives and financial needs. Actual results may differ materially from expected results, including with respect to the following factors: correct measurement and identification of factors affecting the business or the extent of their likely impact, the accuracy and completeness of the available information with respect to the factors upon which the business plan is based, or the success of the Company's business strategy.

The Company undertakes no obligation to update or revise any forward-looking statements, either to reflect new developments, or for any other reason, except as required by law. Given these uncertainties, readers of this memorandum are cautioned not to place undue reliance on such forward-looking statements.

**QUESTIONS AND REQUESTS FOR ADDITIONAL INFORMATION SHOULD BE DIRECTED TO THE FOLLOWING:**



Rodger Adams                          Nicholas Stanley
Managing Partner                      Managing Partner
(503) 936-8416                        (503) 752-2670
radams@crownpointpartner.com          nstanley@crownpointpartner.com




# Table of Contents

Introduction                                          5

Industry Overview                                     12

Product Offering                                      16

Operations                                            25

Sales Model & Customer Base                           31

Management & Employees                                37

Financial Overview                                    42

Guidelines for Prospective Purchasers                 48

Appendices                                            51





4

# Introduction



Confidential
Not for reproduction or public release without permission.



# Company Overview

Precision Machine and Manufacturing, Inc. ([www.premach.com](www.premach.com)) ("PMM" or "the Company") is a privately held, solidly profitable, and growing C-Corp located in Eugene, Oregon.  When the Company was founded in 1977, it focused on the Pacific Northwest wood processing industry.  Today, the Company's reach is much broader and is focused on supplying extreme-duty bulk material handling components for industrial plants operating in the biomass & wood, cement manufacturing, pulp & paper, food & agriculture, metals & minerals, and coal-fired power generation industries.

The Company's proprietary product lines fall under three categories: **Rotary Valves**, **Rotary Feeders**, and **Heavy-Duty Screw Conveyors**.  These products are designed and built to operate in the most challenging and difficult material handling environments, confronting such issues as abrasive materials, elevated temperatures, corrosive materials, and high-volume throughput. PMM competes in the marketplace by offering products that outlast the competition, improve throughput, decrease energy costs, improve functionality, reduce maintenance costs, and minimize downtime.  All these elements work together to produce a lower Total Cost of Ownership for its customers.



**SUMMARY INCOME STATEMENTS** [1]





# Company History

- **1977 -** PMM was founded by Jay Breaux as a small machine shop supporting the local wood products industry.

- **1990 –** The Company moved to 1290 S. Bertelsen Road.

- **1990-2000-** Various property improvements occurred, growing the overall square footage of the Company to over 30K square feet.

- **2003:** Jay Breaux Sold PMM to Jim Miller.

- **2007:** Jim Miller completed the purchase of the real property.

- **2010:** Kirk Morton was recruited to lead an MBO of the Company.

- **2014:** CVF Capital Partners, Socius, and PMM Management facilitated the purchase of Precision Machine & Manufacturing.

- **2020:** The Company's ownership asked the Oregon Manufacturing Extension Partnership (OMEP) to provide strategic business advice. They introduced the Company to a consultant who was engaged to evaluate PMM and help execute a turnaround.

- **2020:** The CEO/Co-investor Kirk Morton was relieved of duty and recruitment of a new CEO commenced.

- **2021:** Don Lindsey (an experienced turnaround executive) was hired to replace Morton.

- **2021-2023:** Top to bottom reorganization resulting in the dismissal or voluntary departure of 39 of the 48 current employees.

- **2022:** Accelerated the Company's capital expenditure program to enhance productivity.

- **2023:** Achieved the highest revenue and EBITDA in the Company's history.



*PMM Circa Early 1980s*



*PMM Circa late 2000s*

**Confidential**
Not for reproduction or public release without permission.

PRECISION
MACHINE & MANUFACTURING

CROWN POINT
PARTNERS

# Location and Facility



PMM is located in Eugene, OR (MSA pop. = 382,000), the second largest city in the state after Portland. Eugene is situated in the heart of the Willamette Valley on Interstate 5, 110 miles south of Portland. Eugene is also home to the University of Oregon.



The Company is in the West Eugene neighborhood, approximately 3.5 miles from the downtown core. The Eugene Airport is 8 miles to the north, with direct service to Portland, Denver, Las Vegas, Los Angeles, Oakland, Phoenix, Salt Lake City, San Francisco and Seattle via Alaska Airlines, Allegiant Air, American Airlines, Delta Airlines and United Airlines.

The Company's facility is comprised of several attached tilt-up structures plus some small outbuildings that house all the manufacturing, warehousing, and office functions of the Company. The main structure was built in various stages between 1990-2000 and is located on a 1.40-acre tax lot. In addition, the Company also utilizes a bordering .71-acre tax lot as an equipment storage area. The combined tax lots provide 91,912 square feet or 2.11 acres of working area and are both zoned I-2, Light/Medium Industrial. The combined total square footage of the main buildings is approximately 31,506 square feet, which includes approximately 30,000 square feet of industrial warehousing space and 2,850 square feet of dedicated office space. ███████████████████████████ with escalators at the lesser of CPI growth or 2.0%. The lease expires on 12/31/2028 with an option to renew it at market rates. There is an opportunity to expand the facility on the .71-acre storage lot.

**Warehousing & Inventory Storage**: 3,400 sq. ft. Built in 1994.

**Paint Booth & Maintenance Shop**: Approx. 1,600 sq. ft.

**Fabrication & Assembly**: 9,600 sq. ft. Built in 1995

**Machine Shop**: 12,800 sq. ft. Built in 1990

**.71-acre lot: Storage area**

**Office Space**: 2,850 sq. ft. Built in 1990 with additional space added in 1995.




# Ownership Transaction Objectives



## ACQUISITION OPPORTUNITY

Precision Machine & Manufacturing, Inc. is a C-Corp that is a wholly owned subsidiary of PMM Holdings, LLC. The current owners of PMM are actively pursuing a sale of the Company to provide themselves liquidity and to provide continuity for the organization and its employees. Over the last three years with new management in place, the Company has positioned itself to ensure a solid future prospect of growing cash flows. To continue the upward trajectory, PMM management team is eager to partner with a new growth-oriented owner interested in operational expansion, while supporting the culture that has been established. The final decision to sell the Company will be based upon the total merits of an acquisition proposal, with the understanding that there is a strong preference to sell equity rather than assets, and a high bias to cash at closing.

The three entities listed above are passive owners, although CVF and Socius each have two members on the five-member board of directors. The fifth member of the board is an outside consultant. CVF, the controlling shareholder, is approaching the contractual maturity of the fund that is invested in PMM. Consequently, the ownership is highly motivated to find a buyer for the Company by the end of 2024.

Don Lindsey, the Company's CEO, is the key driver of the Company's success. Under the right partnership agreement with the new ownership/Company structure, Don would be highly interested in continuing to lead PMM in his current role for the foreseeable future. In addition, Don would like to participate in an equity arrangement while also holding an official seat on the board of directors for the new company.





# Acquisition Considerations

- Well established business with long-term presence and growing profitability, experienced employees, and a proven value proposition

- The Company has a large installed base of equipment which consistently delivers reoccurring revenue as components are rebuilt or replaced.

- The largest material handling component manufacturer in the Pacific Northwest.

- Footprint U.S. Canada & Mexico with the intention of further international expansion.

- U.S. based manufacturing.

- Long-standing direct relationships with repeat customers.  Customers are particularly loyal and appreciate the value, quality, and durability of PMM's components.

- Strong end-user customer satisfaction.

- Experienced and knowledgeable engineering staff who drive technical innovation and performance.

- The Company emphasizes innovation and new product development.

- The Company's CEO has built a talented and effective management team.

- Tremendous culture, which is rooted in teamwork, accountability, and charging forward.

- Reorganized and poised to continue with an aggressive growth rate.

- High barriers to entry.  The Company has proven, high quality products that have meaningful proprietary characteristics.

- Strong reputation and respected as a high-quality brand.



**Confidential**
Not for reproduction or public release without permission.



# Opportunities for Growth

With a buyer's additional resources, capabilities and relationships, the following growth opportunities would be available.  **These items are not reflected in the Company's projections detailed on page 45.**

**Joint Cross-Selling Opportunities**

- PMM's products and services to Buyer's existing customers
- Buyer's products and services to PMM's existing customers
- Joint utilization of each company's channels to the market

**Technical Cross-Fertilization**

- PMM has unique technical competence which could enhance the Buyer's capabilities in specific areas:
  - Precision machining capabilities
  - Available machine-center capacity
  - Creative approach to solving challenges

**Upgrade Marketing Efforts**

- Increase web-based marketing and drive an increase in sales
- Improve trade show exhibiting to generate new customer acquisition
- Increase sales headcount to target "open" industry sales
- Grow market share by introducing new products into the industry

**Regional Acquisition Opportunities**

- PMM could acquire regional companies that offer:
  - Additional manufacturing capacity and/or expertise.
  - An attractive customer base and/or new markets and industries
  - A strong employee base, talented craftspeople, and engineers
    Installation and maintenance capabilities

**Capex Opportunities with High ROI**

- Significantly Improve margins by adding material processing equipment
- Expand capacity by expanding the facility's footprint.
- Replace older machines with newer, faster technology





# Industry Overview



**Confidential**
Not for reproduction or public release without permission.

# Market Data

The markets for screw conveyors, rotary feeders, and rotary valves are experiencing significant growth, driven by technological advancements, increased industrial activities, and a focus on efficiency and sustainability in material handling. The steady CAGRs for these markets reflect a robust and expanding industry, catering to the evolving needs of various sectors.  As governments and private entities increase their investment in infrastructure, specifically in renewable energy sources like biomass, there is a natural uptick in the demand for these specialized components.

During this period, several players in the industry have been using acquisition strategies to build their business portfolios and strengthen their market position.

## ROTARY VALVE MARKET

- **Market Size and Expansion (2022-2031)**: The global rotary valves market, which stood at USD 355.6 million in 2022, is projected to expand to USD 551.61 million by 2031 which represents a CAGR of 5.0% across the forecast period from 2022 to 2031.
- **Additional Growth Projection (2024-2031)**: Another source forecasts that the market will grow at a CAGR of 6.3%. in the period from 2024, to 2031
- **Key Influencers**: The growth is likely influenced by the rising demand for energy-efficient products across several industries, including the chemical industry, food, and beverage sectors.
  *Sources: Business Research Insights and Reliable Research Reports*

## ROTARY FEEDER MARKET

- **Growth Overview (2018-2028)**: The global rotary feeder market is expected to grow at a CAGR of 5.4% from 2023 to 2030.
- **Market Dynamics**: The growth in this market can be attributed to the need for efficient and precise material handling in heavy industries. The expansion of sectors like mining and construction plays a significant role in this growth.
  *Sources: Industry Growth Insights and Prime PR Wire.*

## SCREW CONVEYOR MARKET

- **Current Market Scenario**: As of 2022, the global sales of screw conveyors were valued at approximately USD 884.2 million. This indicates a robust presence in the market, signifying their essential role in various industries for bulk material handling.
- **Future Market Projections**: The market is projected to grow significantly, with expectations to surpass USD 1,416.3 million by the end of 2032. This growth translates to a CAGR of 4.8% over a ten-year period from 2022 to 2032.
- **Driving Factors**: This growth is likely fueled by the increasing demand in the manufacturing sector, advancements in conveyor technology, and the growing need for efficient waste management solutions.
  *Source: Future Market Insights as reported on fmiblog.com*





# Competitors

**NATIONAL & INTERNATIONAL COMPETITORS**

**Component Manufacturers:**

- **Meyer Industrial**, Libertyville, Illinois: https://www.meyerindustrial.com/
  - Manufacturer of bulk material handling system components.

- **ACS Valves**, Caledonia, Ontario-Canada: https://acsvalves.com/
  - Developer of rotary valves for dry bulk material processing, providing a comprehensive range of valve options and accessories for multiple industries.

- **Detroit Stoker Company**, Monroe, Michigan: https://www.detroitstoker.com/
  - Manufacturer of solid fuel combustion systems intended to serve the industrial processing and electric power generation industry. The company offers stokers, burner systems, material handling, ash handling system, secondary air control systems, grate drives and replacement parts enabling its customers to reduce industrial and municipal solid waste.

- **Rotolok** with locations around the world, U.S. Operations in Monroe, North Carolina: https://www.rotolok.com/
  - Operator of an industrial valves company intended to provide powder processing services. The company offers a wide range of products including rotary valves, airlocks, slide and control valves and heavy-duty valves for abrasive products, enabling bulk-handling industries to get quality products as per their needs.

- **Prater Industries**, Bolingbrook, Illinois: https://www.praterindustries.com/
  - Manufacturer and developer of particle processing equipment and control systems for the food and beverage, chemical and mineral, industrial, agricultural and pharmaceutical industries The company's range of products include hammer mills, fine grinders, lump breakers, classifiers and rotary airlock valve feeders used for particle size reduction, enlargement, feeding and separation, providing clients with equipment designed and built to provide years of low maintenance and reliable service.

- **Rotary Airlock, LLC**, Rock Falls, Illinois: https://www.rotaryairlock.com/
  - Developer of custom airlock solutions for industrial applications. Rotary Airlock LLC offers a range of valves with features such as direct drive conversion and NFPA-69 compliance, serving industries including food processing, chemical manufacturing, and power generation. The company is based in Rock Falls, IL and has over 25 years of experience in the field.

- **Delta Ducon**, Malvern, Pennsylvania: https://www.deltaducon.com/
  - Provides equipment and full systems for dry bulk material handling applications serving a broad range of industries.



**Confidential**
Not for reproduction or public release without permission.



**Systems Manufacturers:**

- **Western Pneumatics**, Eugene, Oregon & Ruston, Louisiana: https://www.westernpneumatics.com/
  - Manufacturer and designer of wood and fiber material handling systems. The company primarily focuses on pneumatic conveying systems along with materials handling systems for wood products, environmental products, biomass, agricultural products, and minerals.
  - 2021-Acquired by LDX Solutions, locations in North America & Europe: https://www.ldxsolutions.com/
    - Designer and manufacturer of multi-pollutant air pollution control equipment and systems for the pulp and paper, power generation, cement, mining, petrochemical and glass industries. The company's equipment and systems have in-house engineering expertise which enables it to offer gas cooling and scrubbing systems to businesses in various sectors, helping them with their multi-pollution control needs.

- **Clarke's Industries**, Eugene, Oregon: https://www.clarkes-ind.com/index.html
  - Manufacturer of Pneumatic Dust Collection and Transport Systems as well as Bulk Material Handling and Storage equipment.  Clarke's also manufactures a line of Safety Equipment including Spark Detection and Extinguishment Systems.

- **Carothers & Son**, Eugene, Oregon: https://cslsystems.com/
  - Designs, manufactures, and installs bulk material handling systems.

- **The Young Industries**, Inc, Muncy, Pennsylvania: https://www.youngsinds.com/
  - Manufacturer of bulk material handling equipment created to serve industrial processes. The company specializes in building rotary valves, diverter valves and mixers & blenders for its clients, customized and tailored as per their unique production requirements at competitive industry pricing.

- **Magnum Systems**, Lenexa, Kansas: https://www.magnumsystems.com/
  - Designer and manufacturer of material-handling and packaging systems for dry bulk materials. The company designs and executes pneumatic conveying systems and components, as well as manufactures bagging weighing and packaging equipment, also offering valve-bagging equipment, open-mouth bag filling, intermediate bulk loading and unloading and vertical form-fill-seal packaging equipment, enabling clients to solve business challenges through equipment integration and automation.

- **Schenck Process**, Germany: https://www.schenckprocess.com/
  - Manufacturer of material handling equipment intended for the infrastructure, energy, mining, food, and chemicals industries. The company offers a wide range of products including status and dynamic scales, thermal processing equipment, gravimetric and volumetric feeders, air and mechanical filters as well as mechanical and pneumatic conveyors, enabling clients to improve efficiency and enhance output.



**Confidential**
Not for reproduction or public release without permission.



# Product Offering



*PMM Rotary Valve*



# Craftsmanship + Innovation

PMM products are categorized into three main product lines: **Rotary Valves**, **Rotary Feeders,** and **Heavy-Duty Screw Conveyors**. The Company is dedicated to building these products with the highest craftsmanship, quality, and durability, combined with the latest designs and innovative materials. PMM is an innovator within the industry, and its products reflect this expertise.  The value proposition to the customer is PMM's ability to solve the most difficult material handling challenges as well as eliminate the most troublesome issues in a material handling system.

**HOW DO ROTARY VALVES AND ROTARY FEEDERS WORK?**

These products are composed of four main components: an outer housing, a rotor, a rotor bearing and seal, and a drive. The housing provides the inlet/outlet ports as well as the protective pathway for the material to move through the valve. The rotor is held in place by the rotor bearing, and material is sealed within the valve inner housing via the bearing and shaft seal. The drive mechanism (typically an electric motor) attaches to the rotor shaft from the outside and controls the rotation speed and direction of the rotor. Material is fed into the valve, captured into equal pockets between rotor vanes, and is dispensed in even amounts at the outlets.



**The Airlock Function:** PMM's rotary valves and rotary feeders are all engineered with airlock functionality which enables the upper and lower atmospheres to be completely separated, which in turn, allows the material to flow in its intended direction with maximum efficiency.  To achieve this, it is imperative that the rotor vanes possess the tightest possible clearances in relation to the housing. If the rotor vane to housing clearances were to become too large, the gap would allow the pressurized air from the lower pneumatic delivery system to travel back upstream taking the material with it ("blowback").  This would quickly render the material handling system inefficient, and throughput would rapidly diminish. Airlock functionality is similar to that of a revolving door in a building, where people are allowed to pass through, but the inside air is kept isolated from the outside. In an industrial material handling application, rotary airlocks are used to move bulk solids into a delivery system, which is oftentimes a pressurized pneumatic delivery system, and maintain system integrity due to the airlock functionality of the rotary valve or feeder and separation of the upper and lower systems.

**HOW ARE THEY DIFFERENT?**

Rotary Valves are primarily used to move common-sized granular or powdery materials, which oftentimes have abrasive or corrosive characteristics. Rotary Feeders are used to move irregular-sized organic material such as wood, biomass comingled material, plant waste, or alternative fuels such as rubber or plastic.  Rotary feeders are equipped with hardened tool steel knives that shear material to a common size prior to entering the delivery system.




**ROTARY VALVES**

Rotary valves are constructed to effectively and efficiently meter the flow of granular or powdery material types such as lime, sodium carbonate, and fly ash, while also providing airlock functionality They can move dry to slightly sticky product as well as convey materials that are corrosive or abrasive. They are commonly found in the following industries/applications: Plastic & chemicals, wood dust collection systems, food & agriculture, metals & minerals, cement, coal-fired and biomass power generation.




Click images for video

PMM rotary valves have industry-leading rotor-to-barrel clearances and are also manufactured with abrasion-resistant materials. In addition, they are surface-treated to increase the hardness to an industry-leading rating of 60 Rockwell. This provides superior wearability when conveying abrasive and/or corrosive materials. PMM's rotary valves are manufactured with a modular design to allow for wear part replacement during regularly scheduled downtimes and provide on-site rebuild capabilities. This is an important distinction for the Company's value proposition, where the widespread practice is to replace a complete unit when it shows signs of wear. PMM has demonstrated that the performance of its valves clearly exceeds its competition in terms of durability, functionality, and longevity, which significantly reduces operational costs over the life of the product. PMM rotary valves can be rebuilt multiple times before needing to be replaced.

All of the Company's rotary valves are NFPA Compliant (National Fire Protection Association) which is extremely rare within the industry.


PRECISION
MACHINE & MANUFACTURING

**Confidential**
Not for reproduction or public release without permission.

CROWN POINT
P A R T N E R S

18

**ROTARY VALVE MODELS (APPLICATION SPECIFIC):**

Perfect for Powdery & Granular Materials
## NFPA Compliant-Rotary Valve

Perfect for Sticky, Clumpy, Low Moisture Materials
## Self-Cleaning Rotary Valve

Perfect for Delicate and Breakable Types of Materials
## Side Entry Rotary Valve Airlock





Perfect for Rubber & Alternative Fuels
## Rotary Valve Airlock w/Knife

Perfect for small granular or powdery materials
## Micro Rotary Valve






**Confidential**
Not for reproduction or public release without permission.



19

**ROTARY FEEDERS**

PMM's rotary feeders are the Company's original material handling product. Although the design and functionality of rotary feeders have changed over the years, PMM's rotary feeders continue to lead the industry in terms of craftsmanship, functionality, and durability.  Equipped with a hardened tool steel knife, the rotary feeder is the appropriate airlock for industrial manufacturing systems moving organic materials, rubber, or plastic. Because of the rotary feeder's hardened tool steel knife, the airlock shears oversized material so only common-sized materials are delivered into the material delivery system.  Each rotary feeder is precision machined to extremely tight tolerances, and the entire line of rotary feeders function both as an airlock and a metering device.  In addition, each rotary feeder is precisely engineered to meet the customer's material handling requirements.   Manufactured with heavy-duty piloted bearings, abrasion-resistant steel alloy, and surface-hardened treatment, PMM's rotary feeders can efficiently handle the most challenging materials and operate in the most difficult material-handling environments.



**Click image for video**

Unlike cast iron feeders/airlocks, all of PMM's rotary feeders are capable of being factory reconditioned, which includes a new factory warranty.  PMM's rotary feeders can be used in applications where the operational and materials temperature exceeds 800° - 1,000° Fahrenheit.  They are commonly found in the following applications: Biomass power generation, wood processing, pulp & paper, recycling, plastics, alternative fuels, and rubber processing & recycling.

Over the past three years, PMM's rotary feeders have grown in popularity within the biomass power generation industry because of their durability and ability to be rebuilt.  At biomass power generation facilities, they can move a variety of material types, most of which are at elevated temperatures, and consist of wood, recycled rubber, plastic, or a combination of these commingled materials.





**ROTARY FEEDER MODELS (APPLICATION SPECIFIC):**

Wood, Organic and Alternative Fuel Materials
## Rotary Airlock Feeder w/Knife



High Volume Granular, Powdery, Ash Materials
## Double Slope Rotary Feeder



Light Duty Airlocks
## Rotary Airlock Feeder



High Volume Raw Mill & Clinker Materials
## Raw Mill Rotary Airlock Feeder





21

# PMM's Rotary Valves vs. the Competition

The vast majority of competitors' rotary valve housings are made with cast-iron rather than the 500 Brinell abrasion-resistant machined steel that characterizes all of PMM's rotary valves.

| | Traditional Cast-Iron Rotary Valve | PMM's Machined Rotary Valve |
|---|---|---|
| | | |
| **Performance** | Cast-Iron manufacturing process does not allow for the tightest possible rotor to housing clearances resulting in faster wear rates, increased maintenance, and reduced throughput due to greater "blow-by." | The proprietary manufacturing process centers around producing the tightest possible clearances, which by standard complies with NFPA regulations, minimizing "blow-by" and maximizing throughput. |
| **Durability** | Cast-Iron hardness ranges between 250-350 Brinell, which results in much faster wear rates, significantly reduced throughput, increased maintenance, and more frequent replacements. | Manufactured from a specialty formulated, through-hardened, abrasion-resistant steel alloy and surface treated to increase the hardness to nearly 600 Brinell/60 Rockwell. This results in much slower wear rates, decreased maintenance, and a longer-lasting rotary valve. |
| **Operational Temp.** | Standard operating temperatures for cast-iron is limited to between 300-500 degrees Fahrenheit. | Configurable to operate at temperatures between 800-1,000 degrees Fahrenheit. |
| **Maintenance** | Difficult to maintain due to being constructed of a single casting, resulting in total replacement of the valve if wear is identified in a single area. Lighter-duty bearings cause shaft misalignment and difficult access. Furthermore, material blockages are commonplace. | Minimal maintenance is required. The modular design allows for quick onsite wear item replacement resulting in very little downtime. Heavy-duty outboard roller bearings keep the rotor shaft perfectly aligned eliminating binding caused by misalignment. Minimal air blow-by keeps material blockages to a minimum. **This design allows you to rebuild rather than replace.** |
| **Price** | Comparatively, the sales price of a standard cast iron feeder can be somewhat less, due to the inexpensive casting process, and the inherent light-duty construction. However, the low initial purchase price is quickly surpassed as these units require more frequent replacements due to increased wear rates. | Overall Cost ROI (Return on Investment): While the initial sales price may come in a bit higher, the longer service life, reduced maintenance costs, higher throughput, and less downtime result in PMM rotary valves offering a much greater value when considering the Total Cost of Ownership. |





Confidential
Not for reproduction or public release without permission.

**SCREW CONVEYORS**

PMM distinguishes itself from the competition by providing engineered screw conveyor solutions designed to meet the very specific needs of the application. Most other competitors provide "off the shelf" solutions. PMM's selection of materials, surface treatments, flight type, size, and placement, along with the shaft size, are all based on the materials being conveyed. Options include hard-facing of the auger flights, adding additional armor to wear zones, and manufacturing the entire auger from abrasion-resistant 500-600 Brinell steel alloy. In addition to their superior durability, all PMM screw conveyors are rebuildable, which further decreases the overall cost of operation.

The installation of a new Helix flight press offers the Company a competitive advantage in terms of higher quality, tighter tolerances, and reduced manufacturing costs.









**REVENUE METRICS**

**REVENUE PRODUCT MIX**

Over the past several years, the Company has de-emphasized its contract manufacturing business (i.e., "Specialized Machining") to focus on growing its proprietary product lines of valves and feeders.  The chart below shows that overall gross margins have improved significantly from 2019 to 2023 through operational efficiencies and price increases for blower truck feeders that were put in place in late 2023. This will result in even stronger gross profit margins being fully expressed in the Company's 2024 financial performance.





# Operations



**Confidential**

Not for reproduction or public release without permission.



# Product Design & Engineering

The product design and engineering capabilities of Precision Machine & Manufacturing represent a core strategic asset, driving the Company's competitive advantage and market leadership.  PMM's commitment to developing solutions that meet the demanding needs of its clients, while driving down maintenance costs and enhancing operational efficiency, is the essence of PMM's product design and engineering efforts.

When client needs require more customization, PMM's approach integrates innovative design with robust engineering practices to address the more complex requirements.  This integration ensures the development of customized solutions that are not only technically viable but also commercially competitive.  When the customer has a material handling issue that cannot be solved remotely, an engineering representative will join a sales rep on a customer visit to examine the application and speak directly with the operator.  This helps the sales team to fully understand the issues and provide a comprehensive solution to the problem.  After the application has been thoroughly vetted, a comprehensive solution is developed and quoted.

The engineering team participates in many aspects of the PMM operation.  They assist in evaluating products that have been returned for rebuild by advising the salesperson on which components can be reused and which need to be replaced.  They work closely with the sales team to identify new features and upgrades to current products, such as the interlock safety switch that is being deployed on all rotary feeders.  The engineering department collaborates directly with customers when a revision or update is required and is also responsible for maintaining customer specific drawings. In addition, PMM is actively designing new custom screw conveyor solutions and are active throughout the manufacturing operation as the technical experts. The department has recently standardized the workflows and manufacturing processes for the upcoming ERP deployment.

Every year in June, the sales and engineering teams meet to develop new R&D projects.  This process recently produced two new products for market:

- https://premach.com/rotaryairlockfeeders/rotaryairlock/
- https://premach.com/rotaryvalveairlocks/rotaryvalveairlockwknife/

There are several new products currently being considered, including an NFPA compliant rotary feeder and a slide gate valve.



Confidential
Not for reproduction or public release without permission.

# Production

PMM's facility in Eugene, OR is home to all its research, design, fabrication, assembly, final test, and logistics operations.  The Company is proud of its ability to produce USA-made products that successfully compete with other products manufactured throughout the world.   The Company performs all manufacturing activities in-house, with the exception of surface treating, stress relief, and laser cutting, as well as press braking and forming of large, thick material.

The Company relies on journeyman machinists and experienced welder/fabricators to manufacture products that are among the highest quality in the industry.



**INVENTORY VS. BUILD TO ORDER**



**Confidential**

Not for reproduction or public release without permission.

27

**OUTSOURCING STRATEGY**

The Company currently outsources certain aspects of its manufacturing process which effectively meets its requirements.  However, the Company is developing plans to reduce its dependence on outsourcing by:  1) Redesigning products to eliminate the need for outsourced processes; and 2) Acquiring additional equipment to bring processes in-house which will improve the Company's gross margins, reduce order delivery times, and de-risk the supply chain. Internal analysis suggests a compelling ROI for these expenditures.

**Laser Cutting**:  All steel raw materials come to PMM laser cut from the steel supplier in specific kits.

**Certain Forming & Breaking**:

**Surface-Treating**:  Most materials currently require some form of surface treatment which consists of either chrome plating or ion-nitride. The most common method has been industrial hard chrome. However, due to increased regulation from the EPA, the capacity of this industry is shrinking. Currently, ████████████████████████████████████████████ The increasing environmental challenges associated with chrome have caused PMM to convert all rotary feeder housings above a 35x50 size, as well as all PMCA rotary feeders, from mild steel with chrome to a chrome free abrasion resistant steel alloy with a hardness of 500 Brinell.  This has been well received by customers, and ████████████



# Vendors

The Company has excellent working relationships with its key vendors. The information below represents PMM's top twenty suppliers in 2023, which includes both suppliers of materials and outside service suppliers such as those providing industrial hard chrome or ion-nitride surface treatment.



**Confidential**
Not for reproduction or public release without permission.

# Fixed Assets

**Major Manufacturing Equipment**

### Photos of Representative Equipment
See Appendix 3 for additional photos






**MIS SYSTEMS**



# Sales Model & Customer Base



**Confidential**
Not for reproduction or public release without permission.

# Sales Model

When Don Lindsey was hired in early 2021, he saw the need to re-organize the Company's go-to-market sales strategy. The Company's sales force had been organized around small geographical territories with an emphasis on selling to resellers and OEMs. This resulted in a comprehensive overhaul of the sales and marketing team, and the deployment of a new proactive sales methodology.

████████████████████████████████████████████████████████████

arise. █████████████████████████████████████████████████████████

██████

Within each account, PMM's targeted focus is on reaching individuals who are responsible for the maintenance and repair of the components within the plant's material handling systems. In addition, the focus is on those who are responsible for requisitioning the capex to replace worn-out components or troublesome areas within the plant, and who appreciate the value of the total cost of ownership and eliminating unscheduled downtime. These target prospects are typically maintenance managers, plant engineers, reliability engineers, or plant managers. █████████████████████████████████

## THE SALES TEAM

The sales team is comprised as follows:



## PMM SELLS BASED ON FOUR OPPORTUNITIES:





**SALES TEAM COMPENSATION**



**SALES TERMS**

**MARKETING**

A primary marketing tool for the Company is its website, which has been completely redesigned and includes comprehensive product information, interactive 3D animations, and highly detailed product brochures. The website acts as a valuable resource for the Company's sales team and an introduction into PMM for prospective customers www.premach.com.

In 2021, PMM deployed a social media strategy which covers the following platforms:

- YouTube: https://www.youtube.com/@precisionmachinemfg
- LinkedIn: https://www.linkedin.com/company/precisionmachineandmanufacturing/
- Vimeo: https://vimeo.com/user184260305
- Instagram: https://www.instagram.com/precision_machine_mfg/
- Facebook: https://www.facebook.com/pr3mach

**KEY TRADE SHOWS AND INDUSTRY EVENTS**



**PRECISION**
MACHINE & MANUFACTURING

**Confidential**
Not for reproduction or public release without permission.

**CROWN POINT**
PARTNERS

33

# Customer Base

██████████████████████████████████████████████
██████████████████████████████████████ Other material handling manufacturers may be larger, but they are considered "systems" OEM's whereas PMM is a component OEM.  Although the Company has a strong business in the Western half of the United States, it continues to increase market share east of the Mississippi as more industrial manufacturing operations learn of the operational benefits of PMM components. ████████████████████████████████████████████████
█████████████████

PMM's business model is to focus on the operational challenges within the material handling system. Success with the most difficult applications leads to additional projects and market share growth within the customer while building loyalty and repeatability into the future.

██████████████████████████████████████████████
██████████████████████████ revenue, with ██████████████████
███████████████████████████████████████████

**MARKET SEGMENTATION**

The biggest market opportunity for the Company is the ████████████████████
with PMM's superior total-cost-of-ownership equipment.

████████████████████████

This market segment has significant potential for PMM products. ████████████████
██████████████████████████████████. Each power station has multiple power generation systems, and each system is an opportunity for PMM to supply multiple rotary feeders and/or rotary valves, depending upon the material handling systems in place. In addition, there are opportunities for large PMM rotary feeders and rotary valves in applications that require high throughput of abrasive materials, which includes ██████████████████████████████



**Confidential**
Not for reproduction or public release without permission.



# Sales Model and Customer Base

█████████████████████████████████████████████████████████████████ The opportunity for Precision is primarily screw conveyors and rotary feeder for moving wood products and rotary valves for ash handling.

█████████████████████████████████████████████████████████████████ before repair or replacement is necessary.

█████████████████████████████████████████████████████████████████ manufacturing operation has multiple material handling systems, which fits well with PMM's suite of products.

█████████████████████████████████████████████████████████████████ carbon.  In this market the Company primarily sells rotary valves, in addition to rotary feeders and screw conveyors for metallurgical coal and gypsum plants.

█████████████████████████████████████████████████████████████████ PMM's products are applicable in this segment with rotary feeders to handle fuel, screw conveyor applications for handling fuel and ash, and rotary valve applications for handling ash.

**OEM Equipment**

The OEM industry is comprised of systems integrators and other manufacturers that PMM provides a component of a system, rather than an end-user that deploys the Company's products in its operations.  Company management believes the greatest growth prospects are in end-user markets and are dealing with OEM customers opportunistically.

At present, the largest customers in this category are Original Equipment Manufacturers (OEMs) of landscape material blower trucks.





Confidential

Not for reproduction or public release without permission.

# Management & Employees



**PRECISION**
MACHINE & MANUFACTURING

**Confidential**
Not for reproduction or public release without permission.

**CROWN POINT**
PARTNERS

37

# Management

**Don Lindsey          President & CEO**

Don Lindsey stands out as a visionary and entrepreneurial leader, with a distinguished record in driving significant financial, operational, and technical advancements across a diverse range of industry sectors, with a notable emphasis on industrial manufacturing.  His expertise in building positive team cultures, enhancing sales and marketing strategies, and initiating profit and loss (P&L) improvements has been recognized and valued by employers across various verticals.  He has a proven history of assembling and nurturing high-performing teams, emphasizing the importance of accountability, continuous improvement, and leveraging individual strengths. This leadership philosophy has enabled his teams to achieve exceptional results.



| | | |
|---|---|---|
| 2017-2021 | Director of Sales & Marketing | Conveyor Application Systems |
| 2015-2017 | Vice President Sales & Marketing | GloryBee |
| 2007-2015 | Vice President Sales & Marketing | Twin Disc |
| 2000-2007 | Vice President Sales & Marketing | MLS |
| 1988-1992 | United States Air Force | Combat Engineer |
| 1988-1992 | University of South Dakota | Business Administration & Management |

**Jennifer Coffin          CFO/Controller**

Jennifer Coffin is a self-motivated, resourceful, and driven accounting professional with proven ability to manage all aspects of the accounting process.  Excellent communication skills with the ability to build strong relationships both within and outside the finance department.  Jennifer significantly improved the Company's financial processes and systems since her start in 2022.  Her expertise has led to enhanced financial clarity and reporting efficiency.  She has played a key role in preparing PMM for scalable growth and profitability through strategic financial management and the integration of a new ERP system.



| | | |
|---|---|---|
| 2018-2022 | Controller | Tyree Oil |
| 2008-2018 | Accounting Manager | Netafim USA |
| 2006-2008 | Senior Accountant | Weir Floway, Inc. |
| 2001-2006 | Full Charge Bookkeeper | Milano Restaurants International |
| 2004-2006 | National University | BS Accounting Business Management |



**Confidential**
Not for reproduction or public release without permission.



Steve Bonini          Director of Manufacturing Operations

Steve Bonini has over two decades of experience with PMM, starting in 2001 as a mechanical designer. Over the past 23 years, Steve has held a variety of distinct roles throughout the organization. Steve has been instrumental in fostering a culture of excellence within PMM. His journey from a Mechanical Designer to his current position reflects a deep knowledge of manufacturing and his continuous pursuit of personal and organizational growth.  Steve's ability to understand complex processes, identify gaps, and implement effective solutions has made him a cornerstone of PMM's operational success.



| | | |
|---|---|---|
| 2023-2024 | Operations Manager | Precision Machine & Manufacturing |
| 2021-2023 | Technical Manager | Precision Machine & Manufacturing |
| 2017-2021 | QA/QC and Buyer | Precision Machine & Manufacturing |
| 2006-2017 | Fabrication Supervisor | Precision Machine & Manufacturing |
| 2001-2006 | CNC Welding Robot Operator | Precision Machine & Manufacturing |
| 2000-2001 | Carpenter | Patio Crafters |
| 1996-2000 | Swing Shift Supervisor | Ideal Steel, Inc |
| 1995-1996 | CNC Mill Operator | Center Spot, Inc |
| 1994-1994 | Draftsman/QC of Fabrication | Ecklund Industries |
| 1989-1993 | Draftsman/Fabrication Foreman | Hienz Kaiser Steel Building Company |



Management Team



**Confidential**
Not for reproduction or public release without permission.

Employees



# Benefits

| Medical Insurance |
|---|

| | |
|---|---|
| **Per** | |
| *-PM* | |
| **Ded** | |

| | |
|---|---|
| **Per P** | |

*In network Coverage:*
*Eye Exam Copay: $10/person*
*Standard Lenses & Required by Dr. Contacts Copay: $25*
*Frame Allowance: Up to $130/year*
*Elective Contact Lenses Allowance: $130/year*
*See Metlife Summary of Benefits for a detailed list of covered services*

| | |
|---|---|
| **Per Pay Pe** | |
| *-PMM* | |

*In network Coverage:*
*Deductible: $50/person, up to $150/family*
*Calendar Year Maximum Expense: $1,500 per person*
*Preventive Services: 100%*
*Basic Services: 80%*
*Major Services: 50%*
*See Metlife Summary of Benefits for a detailed list of covered services*

**H**

**Earned Vacatio**
**# of**





# Financial Overview



# Summary Historical Income Statements (see next page for discussion)




**DISCUSSION OF HISTORICAL FINANCIAL RESULTS**

The financial performance of the Company has steadily improved since Don Lindsey was hired in late 2021 to execute a turnaround. His primary strategy was to engineer a substantial upgrade of the employee roster in every functional area leading to improvements in sales, engineering, operations, and finance.  The Company also invested in additional and improved equipment and data systems.

**Net Revenues:** Revenues increased from ████████████████ in 2023. This improvement was primarily due to an increase in unit sales as a consequence of a reorganization of the sales and marketing team and a refocusing of its sales strategy which began in late 2021. ██████████████████████, the Company negotiated a major price increase with a large customer.

**Gross Margins:**  Gross Margins improved from ████████████████, due to several factors: ██████████████ on margins – ██████████████████████████ 2) A greater focus on end-user business; 3) The elimination of poorly structured and deeply discounted reseller agreements; 4) During the same period, the ██████████████████████ (see page 24 ); 5) Operational efficiencies instituted during the turnaround began to have an effect on material and labor costs – e.g. a) ██████████████████.

**General & Administrative Expenses:** These expenses dropped from █████████████████ This has been primarily due to spreading higher sales volume over the fixed cost base -- for example, even though indirect payroll costs increased from █████████████, these costs fell from ████████ Also, consulting fees which were ███████████████, dropped to █████████ as the turnround consultant who was hired by Don Lindsey finished his work.  Detailed historical G&A expenses are available.

**Net Income:** In ████████████████████████████ it otherwise would have been due to certain non-recurring costs associated with the turnround.  Also, results in ██████████████████████ The Company has adjusted these extraordinary costs out, as shown in the "Adjustments to EBITDA" schedule below.

**SCHEDULE OF ADJUSTMENTS TO EBITDA**




**Confidential**
Not for reproduction or public release without permission.

# Financial Projections

DISCUSSION OF PROJECTED FINANCIAL RESULTS:

These projections show revenues increasing from ███████████ To ███████████ To achieve the revenue projection for 2025, the Company will hire three additional employees in production and one additional employee in sales.

Gross margins are expected to increase from ███████████. The bulk of this projected increase comes from ███████████ ███████████ ███████████. In addition, the product mix continues to move toward more profitable products. Finally, some improvement is projected to come from ongoing production efficiencies.

The projections are internally consistent with maintenance capital expenditures only. The strategic initiatives discussed on page 28 and elsewhere are expected to occur after the projection period. If the Company engages in any of the strategic initiatives earlier, then projected capital expenditures would rise, and the financial performance of the Company would improve substantially as a result of the high ROIs associated with the projects.



# Company Balance Sheet





# Key Historical Balance Sheet Items & Capital Expenditures



**Confidential**
Not for reproduction or public release without permission.

# Guidelines for Prospective Purchasers

**Exclusive Financial Advisor**

Crown Point Partners has been retained as the exclusive financial advisor to PMM in connection with the sale of a majority interest.  This Information Memorandum is being provided to you for the purpose of evaluating a possible transaction with the Company.  Additional information is available as requested from Crown Point Partners and from on-site visits to the Company.

**Expected Elements of the Transaction**

The purchaser will acquire all of PMM's equity.  The owners have a strong preference for offers that have a high cash component.

**Investigation Process**

**Phase 1**

This Information Memorandum and the accompanying Confidentiality Agreement are being provided to a limited number of parties for the purpose of evaluating a possible acquisition of PMM.  In order to limit the number of parties who will have access to PMM's management in Phase 2 of the investigation process, we request written indications of continuing interest from the recipients of the Confidential Information Memorandum to determine those parties most interested in a possible transaction with the Company.

The written Indications of Interest represent preliminary, non-binding valuation levels based upon the Information Memorandum as well as any further discussions between potential purchasers and representatives of Crown Point Partners. Please include preliminary thoughts how partnering with the Company complements the buyer's strategy.

The written Indications of Interest should address:

1. Estimated Price Range;

2. Structure -- detail the general transaction structure you most likely would propose;

3. Due Diligence -- describe the extent of due diligence you would anticipate before signing of a definitive agreement; and

4. Timing -- provide an estimate of how quickly you could begin due diligence and the time needed to consummate due diligence, sign a definitive agreement, and close a transaction.





**Phase 2**

As soon as practicable after the receipt of written indications of interest, Crown Point Partners will advise a few parties as to whether they have been selected by PMM to participate in Phase 2 of the due diligence process. Those parties selected will be given the opportunity to gain a further understanding of PMM through access to additional information, meetings with PMM's management and tours of the facility.

<u>Submission of Offers</u>

PMM and Crown Point Partners will continue discussions with those parties selected for Phase 2, with plans to negotiate a letter of intent with a single party.  In evaluating offers, PMM will consider a variety of factors and PMM, in its sole discretion, will make a determination with respect to which offer, if any, it will accept. As such, PMM is under no obligation to accept any offer, whether or not such offer represents the highest purchase price proposed by any of the prospective purchasers.  PMM reserves the right to modify or terminate the transaction process at any time.

With respect to all information furnished to any prospective purchaser in this process, PMM and Crown Point Partners and their respective affiliates, subsidiaries, agents, advisors or representatives make no representations or warranties, express or implied, concerning any such information (including, but not limited to, opinions, information or advice which may be provided to a prospective purchaser by financial advisors, legal counsel or accounting firms or otherwise), excepting only those particular representations or warranties that may be made to a purchaser in a definitive purchase agreement when, as and if finally executed, and subject to such limitations and restrictions as may be specified in such an agreement.

<u>Forward-Looking Statements</u>

Certain statements in this Information Memorandum are not based on historical facts but are forward-looking statements.  These statements can be identified by the use of forward-looking terminology such as "believes", "expects", "may", "will", "should", or "anticipates", or by discussions of strategy.  These statements reflect the Company's reasonable judgment with respect to future events and are subject to risks and uncertainties that could cause actual results to differ materially from those in the forward-looking statements.  Such risks and uncertainties include the cyclical nature of the rotary valve and screw conveyor business, competition in the industry, capital costs, and general economic conditions.

Confidential
Not for reproduction or public release without permission.



49



Rodger Adams, Managing Partner
(503) 936-8416
radams@crownpointpartners.com


Nick Stanley, Managing Partner
(503) 752-2670
nstanley@crownpointpartners.com



**Confidential**
Not for reproduction or public release without permission.



# Appendices



# Appendix 1

## THE PMM TURNAROUND 2021-2023

█████████████████████████████████████████████████████████████

Due to the lack of incoming sales orders and overall revenue, the initial focus was on how PMM went to market. This culminated in a top-to-bottom overhaul of the sales and marketing team, and the deployment of a new proactive sales methodology. PMM moved away from small geographical territories and instituted a focus on major industry segments. ████████████████████████████████████████
████████████████████████████████████████

During this process, Jennifer made ████████████████████████████████████████████████████████.

Don revamped the Company culture by deploying a team-oriented, hard-charging mindset, rooted in accountability. Several operational and financial improvements were implemented during this period. The highlights of which are detailed below.

### Management
- Very clearly established the expectations for PMM regarding attitude, individual accountability, *Hard-Charging* productivity, and mindset.
- Implemented one-on-one meetings with top-level managers.
- Put a process in place for handling disagreements and conflicts.
- Implemented the Morale Welfare Committee to manage employee-related items and events.
- Increased transparency and communication.
- Top level engagement with employees including a true "open door" policy.
- Active participation in upgrading and/or providing tooling, fixtures and/or equipment that promotes safety, productivity, and morale.
- Employee Recognition.

### Sales
- Eliminated geographical territories and refocused upon industry segments.
- ████████████████████████████████████████
  ████████████████████████████████
- Established a proactive approach to driving sales.
- ████████████████████████████████████████
- Improved sales to operations communication and collaboration.
- Standardized the quoting process.
- ████████████████████████████.
- Created a streamlined EVAL process prospective rebuild units are quickly evaluated, quoted, and approved.




Marketing



Finance:



# Appendices

Engineering
- 

Operations
- 



**Confidential**
Not for reproduction or public release without permission.



## Appendix 2

# Fixed Assets

## Machine Shop

**Horizontal Turning Centers**


Doosan DB130CX CNC HBM


Nomura 40 Machine Center


Doosan Puma 700L CNC Turning Center


Takisawa TC-20 CNC Lathe


Mori Seki NL3000Y Lathe



**Vertical Machine Centers**



Enshu 800V Machine Center



Mighty Viper PRO 1000



Mighty Viper Model 1632



Mazak Machine Center



Takisawa MAC-V40 Machine Center



**Various**



Bullard Vertical Turret & Blanchard Horizontal Grinder



Mori Seiki LL-7 Horizontal Turning Center



Manual Engine Lathes:
American Pacemaker 25 x 168 Lathe
Mori Seiki MH 3000 Lathe
Mori Seiki Lathe



## Fabrication Shop




PreTec Robotic Welder
Operational: Day & Swing Shift




Bendmak Heavy CNC Plate Roller

Helix CNC Auger Flight Press



Confidential
Not for reproduction or public release without permission.



Gidding & Lewis Horizontal Line Boring Mill
Model: 300T



Gidding & Lewis Horizontal Line Boring Mill
Model: 65-D-4T



ELGi Air Compressor



**Confidential**
Not for reproduction or public release without permission.

# ROLLING STOCK



Hyster 120 FT



Hyster H80XL



1993 Toyo TA 52





Delivery Trucks:
- 2010 Isuzu NPR HD Diesel 16'
- 2014 International Diesel 25'
- 2010 Chevy 2500 Pick up



**Confidential**
Not for reproduction or public release without permission.

CROWN POINT
PARTNERS