**From:** "radams@crownpointpartners.com" <radams@crownpointpartners.com>
**To:** "'Charlie Meyer'" <CMeyer@wmwmeyer.com>, <nstanley@crownpointpartners.com>
**Subject:** RE: Precision Machine and Manufacturing IOI Process Letter
**Date:** Mon, 24 Jun 2024 13:22:27 -0700
**Importance:** Normal
**Attachments:** PMM_Management_Presentation_for_Meyer.pdf
**Inline-Images:** image001.png; image002.png; image003.png; image004.png; image005.jpg

---

Nick's traveling today.  Here's a soft copy of the presentation.

We enjoyed our visit with you last week!

Regards,

**Rodger Adams**
**Managing Partner**



-
Direct Line:  (503) 345-5844

radams@crownpointpartners.com|www.crownpointpartners.com

Linked in profile

Please Note:  This is a confidential electronic transmission.  This electronic mail document and all accompanying or attached documents or hyper-links may contain private, confidential, legally privileged information belonging to the sender.  This information is intended only for certain recipients.  In the event this transmission has inadvertently been forwarded to a party that is not intended to receive such documents, any and all such parties are notified that any disclosure, saving, copying, distribution, or taking of action in reliance on the contents of this information is strictly prohibited.

---

**From:** Charlie Meyer <CMeyer@wmwmeyer.com>
**Sent:** Monday, June 24, 2024 1:20 PM
**To:** nstanley@crownpointpartners.com; radams@crownpointpartners.com
**Subject:** RE: Precision Machine and Manufacturing IOI Process Letter

Happy Monday Nick,

I will be working with the family &  our advisor this week to layout an indication of interest for PMM.

Quick request… do you have a digital copy of the presentation you shared with me on Thursday?
I'd like to be able to share it with my family if permissible.

Thank you,
Charlie

---

**From:** nstanley@crownpointpartners.com <nstanley@crownpointpartners.com>
**Sent:** Tuesday, June 18, 2024 9:04 PM
**To:** Charlie Meyer <CMeyer@wmwmeyer.com>; radams@crownpointpartners.com
**Subject:** RE: Precision Machine and Manufacturing IOI Process Letter

REVIEW - SET_000502

Thank you, Charlie. I moved our Dinner Date the Arlington Club Wednesday evening at 8pm. They are expecting you.

Can you share you cell phone?  Mine is ███████.

Regards,

Nick

**Nicholas J. Stanley**
**Managing Partner**



-
Direct Line:  (503) 345-5843
nstanley@crownpointpartners.com
www.crownpointpartners.com

Please Note:  This is a confidential electronic transmission.  This electronic mail document and all accompanying or attached documents or hyper-links may contain private, confidential, legally privileged information belonging to the sender.  This information is intended only for certain recipients.  In the event this transmission has inadvertently been forwarded to a party that is not intended to receive such documents, any and all such parties are notified that any disclosure, saving, copying, distribution, or taking of action in reliance on the contents of this information is strictly prohibited.

---

**From:** Charlie Meyer <CMeyer@wmwmeyer.com>
**Sent:** Tuesday, June 18, 2024 9:00 AM
**To:** radams@crownpointpartners.com
**Cc:** Nick Stanley (CPP) <nstanley@crownpointpartners.com>
**Subject:** RE: Precision Machine and Manufacturing IOI Process Letter

Hi Rodger / Nick,

I am looking forward to my trip out West tomorrow.
The schedule & plan that Nick outlined, sounds great to me. I appreciate the coordination.

It certainly looks like Don has kept up the momentum in driving business success… thanks for sharing the YTD updates.
My family, CPA and our M&A advisor has been briefed on the opportunity.
The process outline you shared is also helpful, I envision turning around an IOI within a few days of returning from my trip.

See you soon,
Charlie

---

**From:** radams@crownpointpartners.com <radams@crownpointpartners.com>
**Sent:** Friday, June 14, 2024 4:40 PM
**To:** Charlie Meyer <CMeyer@wmwmeyer.com>
**Cc:** Nick Stanley (CPP) <nstanley@crownpointpartners.com>
**Subject:** Precision Machine and Manufacturing IOI Process Letter

Dear Charlie:

Thank you for your continuing interest in Precision Machine & Manufacturing.  Attached is a process letter that details the steps towards your submission of an indication of interest that is due on June 28th.  Also attached are detailed monthly income statements for 2023 and the YTD and TTM monthly statements through May 2024.  These include a list of addbacks to EBITDA.

We are looking forward to working with you on the next steps in the process.  Please let us know if you have any questions or comments.

See you on the 20th!

Best Regards,

**Rodger Adams**
**Managing Partner**



Direct Line:  (503) 345-5844

radams@crownpointpartners.com|www.crownpointpartners.com



Please Note:  This is a confidential electronic transmission.  This electronic mail document and all accompanying or attached documents or hyper-links may contain private, confidential, legally privileged information belonging to the sender.  This information is intended only for certain recipients.  In the event this transmission has inadvertently been forwarded to a party that is not intended to receive such documents, any and all such parties are notified that any disclosure, saving, copying, distribution, or taking of action in reliance on the contents of this information is strictly prohibited.

Virus-free.www.avast.com



# Management Presentation for:





# Agenda

- Introductions
- Facility Tour
- Company History
- Primary Products
- Case Studies
- Product Road-Map
- Company Organization
- Operations
- Financials
- Growth Opportunities
- Transaction Objectives





# Introductions



- Charlie Meyer, CEO



- Don Lindsey, CEO
- Jennifer Coffin, CFO
- Steve Bonini, Director of Manufacturing Operations



- Chris Carleson, Principal



- Rodger Adams, Managing Partner
- Nick Stanley, Managing Partner





Facility Tour



# Facilities Photo





**PRECISION**
MACHINE & MANUFACTURING



## Company History





# Company History

## 1977 - Founded
- Contract manufacturer
- Sold to Pacific Northwest wood products companies
- Slowly transitioned to selling proprietary valves and feeders

## 2014 - Company sold to CVF, et al.

## 2021 – Hired Don to execute a turnaround plan
- Top-to-bottom re-organization
  - Culture
  - Operations
  - Engineering
  - Sales/Marketing
  - Accounting/Finance





Primary Products



# Valves

**Standard Heavy Duty Rotary Valve Airlock**

**Model: PMV & PMK**

| Size | Capacity CFR | Weight in Lbs. |
|------|------|------|
| PMV-8 | 0.17 | 275 |
| PMV-10 | 0.34 | 350 |
| PMV-12 | 0.62 | 525 |
| PMV-14 | 1.00 | 750 |
| PMV-16 | 1.60 | 1,050 |
| PMV-18 | 2.25 | 1,300 |
| PMV-20 | 3.10 | 1,475 |
| PMV-22 | 4.00 | 2,300 |
| PMV-24 | 5.14 | 3,170 |
| PMV-26 | 6.95 | 3,650 |

*All PMV models are expandable into double length valves.*

[See handouts for more detail]

**Self-Cleaning Rotary Valve Airlock**

**Model: PMDS**

| Size | Capacity CFR | Flange to Flange Height in Inches |
|------|------|------|
| PMDS-8 | 0.13 | 17.0 |
| PMDS-10 | 0.29 | 18.0 |
| PMDS-12 | 0.51 | 21.0 |
| PMDS-14 | 0.90 | 24.0 |
| PMDS-16 | 1.32 | 28.0 |
| PMDS-18 | 1.94 | 32.5 |
| PMDS-20 | 2.75 | 36.0 |

*All PMDS models are expandable into double length valves.*

**Side Entry Rotary Valve Airlock**

**Model: PMSE**

| Size | Capacity CFR | Weight in Lbs. |
|------|------|------|
| PMSE-12 | 0.675 | 600 |
| PMSE-14 | 1.23 | 750 |
| PMSE-16 | 1.84 | 950 |
| PMSE-18 | 2.60 | 1,250 |
| PMSE-22 | 4.78 | 1,700 |





# Feeders

**Standard Heavy Duty Rotary**
**Airlock Feeder w/Knife**

Price Range: ███████████

Model:  PMR & PMRD

| Size | Capacity CFR | Weight in Lbs. |
|------|------|------|
| PMR 14x18 | 0.93 | 500 |
| PMR 16x20 | 1.46 | 800 |
| PMR 20x20 | 2.19 | 1,300 |
| PMR 20x25 | 2.93 | 1,450 |
| PMR 20x30 | 3.66 | 1,600 |
| PMR 25x30 | 5.65 | 1,800 |
| PMR 25x35 | 6.78 | 2,000 |
| PMR 30x30 | 8.45 | 2,450 |
| PMR 30x35 | 10.30 | 2,700 |
| PMR 30x40 | 11.10 | 2,950 |
| PMR 30x45 | 12.70 | 3,200 |
| PMR 35x45 | 17.20 | 4,900 |
| PMR 35x50 | 19.35 | 5,200 |
| PMR 35x55 | 21.50 | 5,800 |
| PMR 45x45 | 30.00 | 11,500 |
| PMR 45x50 | 33.75 | 12,200 |
| PMR 45x55 | 37.50 | 13,000 |

**Raw Mill Rotary Airlock Feeder**

Price Range: ███████████

Model:  PMR

| Size | Tons per Hr. | Weight in Lbs. |
|------|------|------|
| PMCA-35 | 100-200 | 11,170 |
| PMCA-48 | 200-400 | 16,250 |
| PMCA-60 | 400-550 | 19,500 |

**Light Duty Rotary Airlock**

Price Range: ██████

| Size | Capacity CFR |
|------|------|
| PMA-10 up to PMA-48 | |

[See handouts for more detail]





# Screw Conveyors











# Screw Conveyors

This is a Traversing Screw that PMM built for a ███████████████████████████

The facility's existing screw was only lasting about 3 months, and the Company wanted something more durable. PMM worked with the application engineering staff at the Company and built this customized solution, which now lasts over a year.

Dimensions:

- ████████████████████████████











Case Studies



# Case Studies

- ## The Situation
  - Company - Mid-West Cement Manufacturer
  - Contact – Assistant Plant Manager
  - Material – Abrasive, Corrosive, Sticky
  - Production Lines - Solid Fuel System, Coal Fuel Systems, Raw Kiln Clinker Feeder, Cement Baghouse, Lignite Coal

- ## The Challenges
  - High Maintenance Costs
    - **The Problem -** Clogging caused <u>daily</u> shutdowns to clear the material from the rotor and the entire unit.
    - **The Solution -** Replace the coal mill valve with PMM's Self-Cleaning Rotary Valve Airlock.
    - **The Result -** PMM's airlock ran continuously for a full 2-years with zero maintenance required. This increased throughput, greatly lowered maintenance costs which improved the plant's overall functionality.
  - Declining Airlock Functionality
    - **The Problem -** Almost immediately after a competitor's rotary valve was installed, air-vane wear caused increases in housing clearances.  Material leakage and blowback caused highly diminished throughput. This required frequent maintenance and unsuccessful adjustments to improve airlock functionality of an increasingly inefficient airlock.
    - **The Solution -**  Replace the cast-iron rotary feeders with a hardness rating of 300 Brinell with PMM's Ultra-Duty Rotary Valve Airlocks with a hardness rating of 600 Brinell.  PMM airlocks also boast the tightest rotor-to-barrel clearances in the industry, which maximizes airlock functionality.
    - **The Result -**  PMM's airlocks ran for 2 years with zero maintenance, no loss in throughput or decrease in efficiency, and no unscheduled downtime.





# Case Studies

- ## The Challenges (cont.)
    - ### Limited Lifespan
        - **The Problem -** The airlocks in use were only lasting between 6-8 months at best and sometimes were being replaced in far less time, resulting in frequent maintenance and outages.
        - **The Solution -** Replace all cast-iron rotary valves with PMM's Rotary Valve Airlocks..
        - **The Result -** PMM's Rotary Valve Airlocks outlasted the cast-iron airlocks 2+ to 1 in a direct comparison, and when the airlock began to show signs of wear, a quick shut down to replace the worn component was all that was necessary.
    - ### Single–Use Rotary Valves
        - **The Problem -** The manufacturing process of cast-iron rotary valves, airlocks and/or rotary feeders does not accommodate rebuilding of the rotary valve. The result is the entire rotary valve must be replaced even though only a small area within the valve requires maintenance.
        - **The Solution -** Replaced the one-piece cast-iron rotary valve with PMM's proprietary modular rotary valve airlock.
        - **The Result -** The PMM Rotary Valve Airlock's modularity enabled worn components within the valve to be easily replaced during a scheduled outage. By not having to replace the entire rotary valve, the overall CAPEX spend for the plant was reduced. In addition, the airlocks can re-built up to three times, which raises the return on the initial investment.
    - ### Service
        - **The Problem -** The company who sold the original cast-iron rotary valves was not heard from very often.
        - **The Solution -** From the Customer*: "PMM's Representatives are in constant contact with me and are a trusted partner who is continuously offering up suggestions and ways to improve our operations."*
        - **The Result –** Additional account penetration and recurring sales for PMM



Confidential - Copyright 2024, Precision Machine & Manufacturing



Product Roadmap



# Product Roadmap

- New Product Process

    - Staff generally meets in the summer to explore new product opportunities.
        - Narrow the list down to 2-3 and assign duties and research.
        - Meet 2-3 months later to discuss which products we should pursue.
        - Once determined, work on designing and engineering the products.
        - Using this process, the Company introduced the PMK (rotary valve airlock with knife) and the PMA (light duty valve) last year.

- New Product Opportunities:







Company Organization



# Org. Chart





Operations





# Operations

- Engineering

- Production Planning

- Machining

- Fabrication

- Assembly & Painting

- Quality Control

- Packing & Shipping





# Financials



**Precision Machine & Manufacturing, Inc.**



# Detail on Addbacks

**Precision Machine & Manufacturing, Inc.**

**As of May 31, 2024**







**Precision Machine & Manufacturing, Inc.**
**Balance Sheet**
**May 2024**





# Growth Opportunities





# Growth Opportunities – Organic Growth

- Projections are internally consistent with ongoing ownership and do not include the below items:





# Growth Opportunities – Growth from Acquisitions

- Regional Focus
    - Manufacturing Capacity
    - Manufacturing Capability
    - Employee Talent
    - Product Line Extensions
    - Customer Relationships
    - Vendor Relationships



**Confidential** - Copyright 2024, Precision Machine & Manufacturing

**PRECISION**
MACHINE & MANUFACTURING

# Transaction Objectives



# Transaction Objectives

- Reason for Sale
  - ████████████████████████████

- Preferred Deal Structure
  - High bias for cash at closing
  - ████████████████████████████████

- Opportunities for Management Team & Employees

- Strong Business & Cultural Fit



